BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Hotel Industry Sex Trafficking Litigation II | MDL Docket No. 3104 |

## WITHDRAW OF FILING DOCKET NO. 74

COMES NOW, Michael W. Warner, Esq. and Hecht Walker Jordan, P.C. (collectively "Counsel"), and hereby Withdraw Filing Docket No. 74, mis-filed in the above-styled action. Counsel will re-file at a later date.

Respectfully submitted, this 29th day of February, 2024.

**HECHT WALKER, P.C.**

*/s/ Michael Warner   Esq.*
Georgia Bar No. 690096

Hecht Walker, P.C.
205 Corporate Center Dr., Suite B
Stockbridge, Georgia 30281
(404) 348-4881 – phone
(678) 884-1257 – facsimile
jon@hmhwlaw.com