# PLAINTIFF LIST – JUDICIAL PANEL ON MULTIDISTRICT LITIGATION IN RE: HOTEL INDUSTRY SEX TRAFFICKING LITIGATION II

| | |
|---|---|
| Jane Doe D.H. and Jane Doe D.D.H. | Jane Doe S.A.S. |
| Jane Doe S.C. | Jane Doe K.B. |
| Jane Doe A.S. | Jane Doe T.M. |
| Jane Doe T.R.S. | Jane Doe K.B. |
| Jane Doe A.R.J. | Jane Doe D.D.J. |
| Jane Doe J.N.K. | Jane Doe K.E.C. |
| Jane Doe P.B. | Jane Doe G.M.F. |
| Jane Doe L.M. | Jane Doe R.B. |
| Jane Doe K.H. and Jane Doe K.M.H | Jane Doe C.L.F. |
| Jane Doe K.S. | Jane Doe A.M.B. |
| Jane Doe K.R. | Jane Doe K.M.H. |
| Jane Doe C.J. | Jane Doe S.R.C. |
| Jane Doe T.W. | Jane Doe R.R.M. |
| Jane Doe G.N.C. | Jane Doe S.Y.R. |
| Jane Doe H.E.W. | Jane Doe E.M.B. |
| Jane Doe T.B.B. | Jane Doe T.D.B. |
| Jane Doe A.M.L. | Jane Doe K.L.W. |
| Jane Doe T.S. | Jane Doe L.M.M. |
| Jane Doe R.A. | Jane Doe B.N.T. |
| Jane Doe A.M.G. | Jane Doe A.M.J. |
| Jane Doe D.E.G. | Jane Doe T.M.K. |
| Jane Doe C.M.S. | |