BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 3104 - *In re Hotel TVPRA Litigation*

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Jane Doe D.E.G. **Defendants:** Red Roof Inns, Inc.; Red Roof Franchising, LLC; RRI West Management, LLC; RRF Holding Company, LLC; G6 Hospitality, LLC; Motel 6 Operating, LLC | S.D. Ohio | 2:23-cv-0456 | Judge Edmund A. Sargus |
| **Plaintiff:** Jane Doe S.A.S. **Defendants:** ESA P Portfolio, LLC; Hilton Domestic Operating Company, Inc. | W.D. Washington | 3:23-cv-6038 | District Judge Tiffany M. Cartwright |
| **Plaintiff:** Doe K.B. **Defendants:** G6 Hospitality, LLC; G6 Hospitality Franchising, LLC; G6 Hospitality Property, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality IP, LLC; Motel 6 Operating, LP; Studio 6 Delk Road, LLC | N.D. Georgia (Atlanta) | 1:23-cv-02596 | Judge Thomas W. Thrash, Jr |
| **Plaintiff:** Jane Doe T.M. **Defendants:** G6 Hospitality, LLC; G6 Hospitality Franchising, LLC; G6 Hospitality IP, LLC; G6 Hospitality Property, LLC; G6 Hospitality Purchasing, LLC; Motel 6 Operating, LP; Unity Plus, LLC | N.D. Georgia | 1:23-cv-02598 | Judge Michael L. Brown |
| **Plaintiff:** Jane Doe K.B. **Defendants:** G6 Hospitality, LLC; G6 Hospitality Franchising, LLC; G6 Hospitality IP, LLC; G6 Hospitality Property, LLC; G6 Hospitality Purchasing, LLC; | N.D. Georgia (Atlanta) | 1:23-cv-02597 | Judge Thomas W. Thrash, Jr |

| | | | |
|---|---|---|---|
| Motel 6 Operating, LP; Hare Krishna Savannah Hotel, LLC | | | |
| **Plaintiff:**<br>Jane Doe DDJ<br>**Defendants:**<br>G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 Hospitality Property, LLC; Aesha, LLC | E.D. Texas | 1:23-cv-269 | District Judge Michael J. Truncale |
| **Plaintiff:**<br>Jane Doe K.E.C.<br>**Defendants:**<br>G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 Hospitality Property, LLC; Aesha, LLC; Century Lodging, LLC; Pat Servicing, LLC; Amita Kunal, LLC | E.D. Texas | 1:23-cv-270 | District Judge Michael J. Truncale |
| **Plaintiff:**<br>Jane Doe GMF<br>**Defendants:**<br>G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 Hospitality Property, LLC; ARTCP, LLC; AESHA, LLC | E.D. Texas | 1:23-cv-280 | District Judge Michael J. Truncale |
| **Plaintiff:**<br>Jane Doe DDH<br>**Defendants:**<br>G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 Hospitality Property, LLC; Shri Raam Krushna, LLC; | E.D. Texas | 1:23-cv-283 | District Judge Michael J. Truncale |
| **Plaintiff:**<br>Jane Doe RB<br>**Defendants:**<br>G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 | E.D. Texas | 1:23-cv-286 | District Judge Michael J. Truncale |

| | | | |
|---|---|---|---|
| Hospitality Property, LLC; Shanta Hospitality, Inc. | | | |
| **Plaintiff:**<br>Jane Doe C.L.F.<br>**Defendants:**<br>G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 Hospitality Property, LLC; Kisan, Inc. | E.D. Texas | 1:23-cv-303 | District Judge Michael J. Truncale |
| **Plaintiff:**<br>Jane Doe AMB<br>**Defendants:**<br>G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 Hospitality Property, LLC | E.D. Texas | 1:23-cv-327 | District Judge Michael J. Truncale |
| **Plaintiff:**<br>Jane Doe K.M.H.<br>**Defendants:**<br>G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 Hospitality Property, LLC; TDP Hospitality, LLC | E.D. Texas | 1:23-cv-348 | District Judge Michael J. Truncale |
| **Plaintiff:**<br>Jane Doe S.R.C.<br>**Defendants:**<br>G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 Hospitality Property, LLC; Krishna Hospitality, Inc. d/b/a Motel 6 West; OM SAI, LLC d/b/a Motel 6 Dallas North Richardson; Lancaster Hospitality, LLC d/b/a Motel 6 Lancaster | E.D. Texas | 9:23-cv-165 | District Judge Michael J. Truncale |
| **Plaintiff:**<br>Jane Doe RRM<br>**Defendants:**<br>G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, | E.D. Texas | 9:23-cv-164 | District Judge Michael J. Truncale |

| | | | |
|---|---|---|---|
| LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 Hospitality Property, LLC; M-Six Creditvest I Business Trust | | | |
| **Plaintiff:** Jane Doe S.Y.R. **Defendants:** G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 Hospitality Property, LLC | E.D. Texas | 9:23-cv-171 | District Judge Michael J. Truncale |
| **Plaintiff:** Jane Doe E.M.B. **Defendants:** G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 Hospitality Property, LLC | E.D. Texas | 9:23-cv-173 | District Judge Michael J. Truncale |
| **Plaintiff:** Jane Doe T.D.B. **Defendants:** G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 Hospitality Property, LLC; San Rafael Motel Investment, Inc. | E.D. Texas | 9:23-cv-174 | District Judge Michael J. Truncale |
| **Plaintiff:** Jane Doe K.L.W. **Defendants:** G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 Hospitality Property, LLC; Fourth Berkshire Properties, LLC; Shree Laghuria, L.L.C. d/b/a Motel 6; Shree Hari OM, L.L.C. d/b/a Motel 6 New Orleans; Shree of Memphis, L.L.C. d/b/a Motel 6 Memphis, Tennesee East | E.D. Texas | 9:23-cv-192 | District Judge Michael J. Truncale |
| **Plaintiff:** Jane Doe L.M.M. **Defendants:** | E.D. Texas | 9:23-cv-194 | District Judge Michael J. Truncale |

| | | | |
|---|---|---|---|
| G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 Hospitality Property, LLC; Fourth Berkshire Properties, LLC | | | |
| **Plaintiff:** Jane Doe B.N.T. **Defendants:** G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 Hospitality Property, LLC; Rex C-Store, LLC; Motel 6 Decatur, Inc.; Hanmi Bank, Inc.; Radheshvar, LLC | E.D. Texas | 9:23-cv-198 | District Judge Michael J. Truncale |
| **Plaintiff:** Jane Doe A.M.J. **Defendants:** G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 Hospitality Property, LLC | E.D. Texas | 9:23-cv-208 | District Judge Michael J. Truncale |
| **Plaintiff:** Jane Doe TMK **Defendants:** G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 Hospitality Property, LLC; Satyam Holdings, LLC | E.D. Texas | 1:23-cv-468 | District Judge Marcia A. Crone |
| **Plaintiff:** Jane Doe SAS **Defendants:** G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, LP; G6 Hospitality Property, LLC; Fourth Berkshire Properties, LLC; First Berkshire Properties, LLC; SeaTac Hotels, LLC | E.D. Texas | 9:23-cv-169 | District Judge Michael J. Truncale |
| **Plaintiff:** Jane Doe A.M.L | C. D. or California | 8:23-cv-01554 | District Judge James V. Selna |

| | | | |
|---|---|---|---|
| **Defendants:**<br>Wyndham Hotels and Resorts et al | | | |
| **Plaintiff:**<br>Jane Doe T.S.<br>**Defendants:**<br>Wyndham Hotels & Resorts, Inc., et al | District of Minnesota | 0:23-cv-02530 | District Judge Patrick J. Schiltz |
| **Plaintiff:**<br>Jane Doe R.A.<br>**Defendants:**<br>Best Western International, Inc., et al | S.D. Ohio | 2:23-cv-03459 | District Judge Algenon L. Marbley |
| **Plaintiff:**<br>Jane Doe A.M.G.<br>**Defendants:**<br>Red Roof Inns, Inc., et al | S.D. Ohio | 2:23-cv-04195 | Chief Judge Algenon L. Marbley |
| **Plaintiff:**<br>Jane Doe P.B.<br>**Defendants:**<br>Wyndham Hotels & Resorts, Inc., et al | District of New Jersey | 3:23-cv-1493 | Judge Zahid N. Quraishi |
| **Plaintiff:**<br>Jane Doe L.M.<br>**Defendants:**<br>42 Hotel Raliegh, LLC, et al | E.D. of North Carolina | 5:23-cv-00235 | Judge Louise Wood Flanagan |
| **Plaintiff:**<br>Jane Doe K.H.<br>**Defendants:**<br>R-Roof VI LLC, et al | E. D. of Michigan | 2:23-cv-11422 | Judge Terrence G. Berg |
| **Plaintiff:**<br>Jane Doe K.S.<br>**Defendants:**<br>Brisam Clinton LLC, et al | S. D. of New York | 1:23-cv-04032 | Judge Lewis J. Liman |
| **Plaintiff:**<br>Jane Doe K.R.<br>**Defendants:**<br>Choice Hotels, et al | M. D. of Florida | 6:23-cv-01012 | Judge Wendy W. Berger |
| **Plaintiff:**<br>Jane Doe C.J.<br>**Defendants:**<br>COTUGNO Jr., et al | District of New Jersey | 2:23-cv-02973 | Judge Madeline Cox Arleo |
| **Plaintiff:**<br>Jane Doe T.W.<br>**Defendants:**<br>JRD Partnership, et al | M.D. of TN | 3:23-cv-00928 | Judge Eli J. Richardson |
| **Plaintiff:**<br>Jane Doe G.N.C. | S.D. of N. Y. | 1:23-cv-07980 | Judge P. Kevin Castel |

| | | | |
|---|---|---|---|
| **Defendants:**<br>Uniquest Delaware, LLC, et al | | | |
| **Plaintiff:**<br>Jane Doe H.E.W.<br>**Defendants:**<br>Radisson Hospitality, Inc., et al | W.D. of Texas | 1:23-cv-01456 | Judge Docket II-Austin |
| **Plaintiff:**<br>Jane Doe T.B.B<br>**Defendants:**<br>Patel et al | District of Arizona | 4:23-cv-00581 | Judge James A. Soto |
| **Plaintiff:**<br>Jane Doe T.W.<br>**Defendants:**<br>Wyndham Hotels and Resorts, Inc., et al | W.D. of Kentucky | 5:24-cv-00008 | Judge Benjamin Beaton |
| **Plaintiff:**<br>Jane Doe D.H.<br>**Defendants:**<br>Scottsdale Inns, LLC., et al | District of Arizona | 2:23-cv-00759 | Judge John J. Tuchi |
| **Plaintiff:**<br>Jane Doe S.C.<br>**Defendants:**<br>The Sheraton, LLC, et al | District of N.M | 1:23-cv-00451 | Judge Kenneth J. Gonzales |
| **Plaintiff:**<br>Jane Doe A.S.<br>**Defendants:**<br>Wyndham Hotels and Resorts, et al | N.D. of TX | 6:23-cv-00033 | Senior Judge Sam R. Cummings |
| **Plaintiff:**<br>Jane Doe T.R.S.<br>**Defendants:**<br>Wyndham Hotels and Resorts, et al | E.D. of California | 2:23-cv-01676 | Judge Dale A. Drozd |
| **Plaintiff:**<br>Jane Doe A.R.J.<br>**Defendants:**<br>Wyndham Hotels & Resorts, Inc. | W.D. of Texas | 1:24-cv-00109 | Judge Docket II-Austin |
| **Plaintiff:**<br>Jane Doe J.N.K.<br>**Defendants:**<br>Red Roofs Inns, Inc., et al | S.D. of Ohio | 2:24-cv-00389 | Judge Algenon L. Marbley |
| **Plaintiff:**<br>Jane Doe C.M.S.<br>**Defendants:**<br>Wyndham Hotels & Resorts, Inc., et al | S.D. of California | 3:24-cv-00217 | Judge Janis L. Sammartino |