## BEFORE THE UNITED STATES JUDICAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN RE:**    Hotel Industry Sex Trafficking Litigation II         **MDL No.  3104**

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance was served on all parties in the following cases electronically via ECF on March 4, 2024 or certified mail, on March 5, 2024.

### Jane Doe (A.M.L.) v. Wyndham, et al  C.A. No. 8:23-cv-01554

Frank A Weiser
Law Offices of Frank Weiser
3460 Wilshire Boulevard Suite 1212
Los Angeles, CA 90010
213-384-6964
213-383-7368 (fax)
maimons@aol.com
**Counsel for Patsiko, Inc.**

David S. Sager
DLA Piper LLP US
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078
973-520-2570
973-215-2604 (fax)
david.sager@dlapiper.com
**Counsel for Wyndham Hotel and Resorts**

Kyle T. Orne
DLA Piper LLP
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016-4231
480-606-5172
480-606-5527 (fax)
kyle.orne@us.dlapiper.com
**Counsel for Wyndham Hotel and Resorts**

Oscar M Orozco-Botello
DLA Piper LLP
North Tower

2000 Avenue of the Stars Suite 400
Los Angeles, CA 90067
310-595-3000
310-595-3300 (fax)
oscar.orozco-botello@us.dlapiper.com
**Counsel for Wyndham Hotel and Resorts**

Melissa Anne Reinckens
DLA Piper US
4365 Executive Drive, Suite 1100
San Diego, CA 92121
858-677-1400
858-677-1401 (fax)
melissa.reinckens@dlapiper.com
**Counsel for Wyndham Hotel and Resorts, Day Inn Worldwide, Inc.**
**Wyndham Hotel Group, LLC**

### Jane Doe (A.M.G.) v. Red Roof, Inns, Inc., et al  C.A. No. 2:23-cv-04195

Chelsea R. Mikula
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
216-696-2476
Fax: 216-592-5009
Email: chelsea.mikula@tuckerellis.com

Elisabeth Catherine Arko
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
216-696-3964
Email: Elisabeth.arko@tuckerellis.com

Emily Rose Grace
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
216-696-3392
Email: emily.grace@tuckerellis.com
**Counsel for Red Roof Inns, Inc.**

Chelsea R. Mikula
Tucker  Elliss, LLP
950 Main Avenue, Suite 1100

Cleveland, OH 44113-7213
216-696-2476
Fax: 216-592-5009
Email: chelsea.mikula@tuckerellis.com

Elisabeth Catherine Arko
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
216-696-3964
Email: Elisabeth.arko@tuckerellis.com

Emily Rose Grace
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
216-696-3392
Email: emily.grace@tuckerellis.com
**Counsel for Red Roof Franchising, LLC**

Chelsea R. Mikula
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
216-696-2476
Fax: 216-592-5009
Email: chelsea.mikula@tuckerellis.com

Elisabeth Catherine Arko
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
216-696-3964
Email: Elisabeth.arko@tuckerellis.com

Emily Rose Grace
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
216-696-3392
Email: emily.grace@tuckerellis.com
**Counsel for RRI West Management, LLC**

Chelsea R. Mikula

950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
216-696-2476
Fax: 216-592-5009
Email: chelsea.mikula@tuckerellis.com

Elisabeth Catherine Arko
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
216-696-3964
Email: Elisabeth.arko@tuckerellis.com

Emily Rose Grace
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
216-696-3392
Email: emily.grace@tuckerellis.com
**Counsel for FMW RRI II LLC**

Chelsea R. Mikula
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
216-696-2476
Fax: 216-592-5009
Email: chelsea.mikula@tuckerellis.com

Elisabeth Catherine Arko
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
216-696-3964
Email: Elisabeth.arko@tuckerellis.com

Emily Rose Grace
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
216-696-3392
Email: emily.grace@tuckerellis.com
**Counsel for FMW RRI OPCO LLC**

Chelsea R. Mikula
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
216-696-2476
Fax: 216-592-5009
Email: chelsea.mikula@tuckerellis.com

Elisabeth Catherine Arko
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
216-696-3964
Email: Elisabeth.arko@tuckerellis.com

Emily Rose Grace
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
216-696-3392
Email: emily.grace@tuckerellis.com
**Counsel for RRF Holding Company, LLC**

**Jane Doe (T.S.) v. Wyndham, et al C.A. No. 0:23-cv-02530**
Erica H MacDonald
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh street
Minneapolis, MN 55402-3901
612-766-7000
Fax: 612-766-1600
Email: erica.macdonald@faegredrinker.com
**Counsel for Wyndham Hotel and Resorts, Inc.,**
**Wyndham Hotel Group, LLC**
**Super 8 Worldwide, Inc.**

Kacie Jo Phillips Tawfic
Faegre Drinker Biddle & Reath
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
612-766-1722
Email: kacie.tawfic@faegredrinker.com
**Counsel for Wyndham Hotel and Resorts, Inc.,**

**Wyndham Hotel Group, LLC**
**Super 8 Worldwide, Inc.**

David S. Sager
DLA Piper LLP US
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078
973-520-2570
973-215-2604 (fax)
david.sager@dlapiper.com
**Counsel for Wyndham Hotel and Resorts, Inc.,**
**Wyndham Hotel Group, LLC**
**Super 8 Worldwide, Inc**

Christopher R Morris
Bassford Remele
100 South 5th Street, Suite 1500
Minneapolis, MN 55402
612-376-1627
Fax: 612-746-1227
Email: cmorris@bassford.com
**Counsel for Sarah Hospitality, Inc. doing business as Super 8 Brooklyn Center**

Peggah Navab
Bassford Remele PA
Fifth Street Towers, 100 South 5th Street, Suite 1500
Minneapolis, MN 55402
612-376-1612
Fax: 612-333-8299
Email: pnavab@bassford.com
**Counsel for Sarah Hospitality, Inc. doing business as Super 8 Brooklyn Center**

**Jane Doe (R.A.) v. Best Western International, Inc. et al  C.A. No. 2:23-cv-03459**
Judd R Uhl
Lewis Brisbois Bisgaard & Smith
250 E. Fifth Street, Ste 2000
Cincinnati, OH 45202
513-808-9911
Fax: 513-808-9912
Email: judd.uhl@lewisbrisbois.com
**Counsel for Best Western International, Inc.**

Corey Lee Shulman

Lewis Brisbois Bisgaard & Smith
77 Water Street, Ste 2100
New York, NY 10005
646-783-1720
Fax: 212-232-1399
Email: Corey.Shulman@lewisbrisbois.com
**Counsel for Best Western International, Inc.**

Edward A Proctor
Kim & Associates LLC
4100 Embassy Parkway, Ste 200
Akron, OH 44333
330-396-7900
Fax: 330-396-7901
Email: eproctor@kimassociateslaw.com
**Counsel for Extended Stay America, Inc.**
**ESA Portfolio LLC**
**ESH Hospitality, Inc.**

Christopher T. Byrd
Weinberg, Wheeler, Hudgins, Gunn and Dial
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326
404-876-2700
Fax: 404-875-9544
Email: cbyrd@wwhgd.com
**Counsel for Extended Stay America, Inc.**
**ESA Portfolio LLC**
**ESH Hospitality, Inc.**

Janaki Inc. to be served on Registered agent by certified mail:
c/o URS Agents, Inc.
4568 Mayfield Road, Suite 204
Cleveland, Ohio 44121

Alliance Hospitality to be served on Registered agent by certified mail:
c/o Naresh Patel
600 Enterprise Drive
Lewis Center, Ohio 43035

Witness Investment, LLC to be served on Registered agent by certified mail:
c/o URS Agents, Inc.
4567 Mayfield Road, Suite 204

Cleveland, Ohio 44121


**Jane Doe (D.E.G.) v. Red Roof Inns, Inc., et al C.A. No. 2:23-cv-04256**

Chelsea R. Mikula
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
216-696-2476
Fax: 216-592-5009
Email: chelsea.mikula@tuckerellis.com
**Counsel for Red Roof Inns, Inc.**
**RRF Holding Company, LLC**
**Red Roof Franchising, LLC**
**RRI West Management, LLC**


Elisabeth Catherine Arko
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
216-696-3964
Email: Elisabeth.arko@tuckerellis.com
**Counsel for Red Roof Inns, Inc.**
**RRF Holding Company, LLC**
**Red Roof Franchising, LLC**
**RRI West Management, LLC**


Emily Rose Grace
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
216-696-3392
Email: emily.grace@tuckerellis.com
**Counsel for Red Roof Inns, Inc.**
**RRF Holding Company, LLC**
**Red Roof Franchising, LLC**
**RRI West Management, LLC**


Patrick Brendan Healy
Roetzel & Andress
250 East Fifth Street, Suite 310
Cincinnati, Ohio 45202
513-361-8298
Fax: 513-361-0335

Email: phealy@ralaw.com
**Motel 6 Operating, LP**
**G6 Hospitality, LLC**

Whitney C. Cloud
DLA Piper LLP (US)
1650 Market Street, Suite 5000
Philadelphia, PA 19103
215-656-2440
Fax: 215-606-3340
Email: whitney.cloud@us.dlapiper.com
**Motel 6 Operating, LP**
**G6 Hospitality, LLC**

### Jane Doe (S.A.S.) v. ESA Portfolio, LLC, et al C.A. No. 3:23-cv-6038

Christopher T Byrd
WEINBERG WHEELER HUDGINS GUNN & DIAL (GA)
3344 PEACHTREE RD NE, STE 2400
ATLANTA, GA 30326
404-876-2700
Fax: 404-875-9544
Email: cbyrd@wwhgd.com
**Counsel for ESA P Portfolio LLC also known as Crossland Tacoma/Hosmer Hotel**

Patrick B Moore
WEINBERG WHEELER HUDGINS GUNN & DIAL (GA)
3344 PEACHTREE RD NE, STE 2400
ATLANTA, GA 30326
404-876-2700
Fax: 404-875-9433
Email: pmoore@wwhgd.com
**Counsel for ESA P Portfolio LLC also known as Crossland Tacoma/Hosmer Hotel**

Shubhra R Mashelkar
WEINBERG WHEELER HUDGINS GUNN & DIAL (GA)
3344 PEACHTREE RD NE, STE 2400
ATLANTA, GA 30326
404-876-2700
Fax: 404-875-9433
Email: smashelkar@wwhgd.com
**Counsel for ESA P Portfolio LLC also known as Crossland Tacoma/Hosmer Hotel**

Christopher J Drotzmann

DAVIS ROTHWELL EARLE & XOCHIHUA (OR)
200 SW MARKET ST, STE 1800
PORTLAND, OR 97201
503-222-4422
Email: cdrotzmann@davisrothwell.com
**Counsel for ESA P Portfolio LLC also known as Crossland Tacoma/Hosmer Hotel**

Nicole M Rhoades
DAVIS ROTHWELL EARLE & XOCHIHUA (OR)
200 SW MARKET ST, STE 1800
PORTLAND, OR 97201
503-222-4422
Email: nrhoades@davisrothwell.com
**Counsel for ESA P Portfolio LLC also known as Crossland Tacoma/Hosmer Hotel**

Allison McQueen
JONES DAY (IL)
110 N WACKER DR, STE 4800
CHICAGO, IL 60606
312-269-1541
Email: amcqueen@jonesday.com
**Counsel for Hilton Domestic Operating Company Inc**

Bethany Biesenthal
JONES DAY (IL)
110 N WACKER DR, STE 4800
CHICAGO, IL 60606
312-269-4303
Email: bbiesenthal@jonesday.com
**Counsel for Hilton Domestic Operating Company Inc**

Nicole Perry
JONES DAY (HOUSTON)
717 TEXAS, STE 3300
HOUSTON, TX 77002
832-239-3791
Email: nmperry@jonesday.com
**Counsel for Hilton Domestic Operating Company Inc**

Aaron Brecher
ORRICK HERRINGTON & SUTCLIFFE (WA)
401 UNION ST, STE 3300
SEATTLE, WA 98101

206-839-4332
Email: abrecher@orrick.com
**Counsel for Hilton Domestic Operating Company Inc**

Daniel J Dunne , Jr.
ORRICK HERRINGTON & SUTCLIFFE LLP (SEA)
401 UNION ST, STE 3300
SEATTLE, WA 98101
206-839-4300
Fax: 839-4301
Email: ddunne@orrick.com
**Counsel for Hilton Domestic Operating Company Inc**

Hilton Franchise Holding LLC named defendant by serving the designated Registered Agent by
certified mail
**Hilton Franchise Holding LLC**
Corporation Service Company
300 Deschutes Way SW Suite 208 MC-CSC1
Tumwater, WA 98501

Park Hotels & Resorts, Inc. named defendant by serving the designated Registered Agent by
certified mail
**Park Hotels & Resorts, Inc.**
Corporation Service Company
300 Deschutes Way SW Suite 208 MC-CSC1
Tumwater, WA 98501

Hilton Worldwide Holdings, Inc. named defendant by serving principal place of business by
certified mail
**Hilton Worldwide Holdings, Inc.**
Corporation Service Company
300 Deschutes Way SW Suite 208 MC-CSC1
Tumwater, WA 98501

Hilton Management LLC d/b/a Hilton named defendant by serving the designated Registered Agent
by certified mail
**Hilton Management LLC**
Corporation Service Company
300 Deschutes Way SW Suite 208 MC-CSC1
Tumwater, WA 98501

Hilton Resorts Corporation named defendant by serving the designated Registered Agent by
certified mail

**Hilton Resorts Corporation**
Corporation Service Company
300 Deschutes Way SW, Suite 208 MC-CSC1
Tumwater, WA 98501

HLT Operate DTWC, LLC named defendant by serving the designated Registered Agent by
certified Mail
**HLT Operate DTWC, LLC**
Corporation Service Company
300 Deschutes Way SW, Suite 208 MC-CSC1
Tumwater, WA 98501

### _Jane Doe P.B. v. Wyndham Hotels & Resorts, Inc., et al,_ D NJ 3:23-cv-01493

**DAVID S. SAGER**
DLA PIPER LLP (US)
51 JOHN F. KENNEDY PARKWAY
SUITE 120
SHORT HILLS, NJ 07078
973-520-2570
Fax: 973-215-2604
Email: David.Sager@dlapiper.com
**Counsel for Wyndham Hotels & Resorts, Inc.,**
**and Ramada Franchise Systems, Inc.**

**MATTHEW NICHOLAS FIOROVANTI**
GIORDANO HALLERAN & CIESLA PC
125 HALF MILE, SUITE 300
RED BANK, NJ 07701
732-741-3900
Email: mfiorovanti@ghclaw.com
**Counsel for CT-C107 Mazel LLC, DT-D107 Mazel LLC**
**and DORCA Co. Inc**.

**_Jane Doe L.M. v. 42 Hotel Raleigh, LLC., d/b/a Hilton Hampton Inn, et al_**
**E.D. NC 5:23-cv-00235**

**Travis Ray Joyce**
Cozen O'Connor
North Carolina
301 South College Street
Suite 2100
Charlotte, NC 28202
704-348-3466
Email: tjoyce@cozen.cm
**Counsel 42 Hotel Raleigh, LLC**
_d/b/a Hilton Hampton Inn_

**John Ellison Branch , III**
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, 2nd Floor
Raleigh, NC 27612
919-329-3800
Fax: 919-329-3799
Email: john.branch@nelsonmullins.com
**Counsel for Hilton Domestic Operating Company, Inc**

**Nicole M Perry**
Jones Day
717 Texas Street
Suite 3300
Houston, TX 77002-0000
832-239-3791
Email: nmperry@jonesday.com
**Counsel for Hilton Domestic Operating Company, Inc**

**Allison L McQueen**
Jones Day
110 North Wacker Drive
Suite 4800
Chicago, IL 60606-0000
312-269-1541
Email: amcqueen@jonesday.com
**Counsel for Hilton Domestic Operating Company, Inc**

**Bethany K. Biesenthal**
Jones Day
110 North Wacker Drive
Suite 4800
Chicago, IL 60606

312-269-4303
Email: bbiesenthal@jonesday.com
**Counsel for Hilton Domestic Operating Company, Inc**

***Jane Doe K.H. v. R-Roof VI, L.L.C., et al,* E.D. MI 2:23-cv-11422**

**Chelsea R. Mikula**
Tucker Ellis LLP
950 Main Ave., Suite 1100
Cleveland, OH 44113
216-696-2476
Fax: 216-592-5009
Email: chelsea.mikula@tuckerellis.com
**Counsel for R-Roof VI LLC**
***Doing business as* Red Roof Inn;**
**FMW RRI I LLC**
***Doing business as* Red Roof Inn;**
**RRI I LLC**
***Doing business as* Red Roof Inn**
**Red Roof Inns, Inc.**
**Red Roof Franchising, LLC**
**RRI West Management, LLC**

**Timothy J. Jordan**
Garan Lucow
1155 Brewery Park Blvd.
Suite 200
Detroit, MI 48207
313-446-1530
Email: tjordan@garanlucow.com
**Counsel for R-Roof VI LLC**
***Doing business as* Red Roof Inn;**
**FMW RRI I LLC**
***Doing business as* Red Roof Inn;**
**Red Roof Inns, Inc.**
**Red Roof Franchising, LLC**
**RRI West Management, LLC**

**Atif Jarbo**
3505 S. State Street
Ann Arbor Michigan 48108
**Registered Agent for Ann Arbor Hospitality, LLC**
**d/b/a Red Roof Inn ("Ann Arbor Hospitality")**

***Jane Doe K.S. v. Brisam Clinton, L.L.C. DBA Comfort Inn, et al,* S.D. NY 1:23-cv-04032**
David S. Sager
DLA Piper LLP

51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078
973-520-2550
Fax: 973-520-2551
Email: David.Sager@dlapiper.com
**Counsel for La Quinta Holdings, Inc.;**
**CPLG Prime MEZZ, L.L.C. formerly**
**Known as BRE/PRIME MEZZ LLC**
**doing business as La Quinta Inn and Suites;**
**Cavalier MergerSub LP formerly known as**
**CorePoint Lodging, Inc;**
**La Quinta Franchising LLC**
**LQ Management L.L.C.**
**Wyndham Hotels & Resorts, LLC d/b/a La Quinta Inn & Suites**

Melissa Anne Reinckens
DLA Piper (US)
4365 Executive Drive
Ste 1100
San Diego, CA 92121
858-677-1400
Fax: 858-677-1401
Email: Melissa.Reinckens@dlapiper.com
**Counsel for La Quinta Holdings, Inc.**

Nathan P. Heller
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street
Suite 5000
Philadelphia, PA 19103-7300
215-656-3372
Fax: 215-606-3372
Email: nathan.heller@dlapiper.com
**Counsel for La Quinta Holdings, Inc.;**
**CPLG Prime MEZZ, L.L.C. formerly**
**Known as BRE/PRIME MEZZ LLC**
**doing business as La Quinta Inn and Suites;**
**Cavalier MergerSub LP formerly known as**
**CorePoint Lodging, Inc;**
**La Quinta Franchising LLC**
**LQ Management L.L.C.**
**Wyndham Hotels & Resorts, LLC d/b/a La Quinta Inn & Suites**

**Brisam Clinton, LLC d/b/a Comfort Inn ("Brisam Clinton")**
343 W. 44th Street,
New York, NY 10036
**Brisam Clinton, LLC d/b/a Comfort Inn ("Brisam Clinton")**

Michelle Chen
Mount Kellet Capital Management LP
623 Fifth Ave. 18th Floor,
New York, NY 10022
Defendant MK LCP Rye, LLC
Doing business as Hilton
**Registered Agent for MK LCP Rye, LLC d/b/a Hilton**

**Nicole M. Perry**
JONES DAY
717 Texas Street, Suite 3300
Houston, TX 77002
nmperry@jonesday.com

**Bethany K. Biesenthal**
**Allison L. McQueen**
bbiesenthal@jonesday.com
amcqueen@jonesday.com
JONES DAY
110 N. Wacker Dr,
Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585

**Taylor Goodspeed**
JONES DAY
250 Vesey Street, 29th Floor
New York, NY 10281
taylor.goodspeed@jonesday.com
Telephone: +1.212.326.3939
Facsimile: +1.212.755.7306
**Counsel for Hilton Management LLC d/b/a Hilton**

**Minard Carkner**
Corporation Service Company
80 State Street

Albany, New York 12207
**Registered Agent for Hilton Resorts Corporation**

Corporation Service Company
80 State Street
Albany, NY 12207
**Registered Agent for Choice Hotels International Inc., d/b/a Comfort Inn**

### *Jane Doe K.R. v. Choice Hotels, et al,* M.D. FL 6:23-cv-01012

**Sara M. Turner**
Baker Donelson
1901 Sixth Avenue North
Suite 2600
Birmingham, AL 35203
205-250-8316
Fax: 205-488-3716
Email: smturner@bakerdonelson.com
**Counsel for Choice Hotels**;
**Choice Hotels International, Inc.**
**Choice Hotels International Services Corp.**

**Marisa Rosen Dorough**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Ste 2900
200 S Orange Ave
Orlando, FL 32801
407/422-6600
Fax: 407/841-0325
Email: mdorough@bakerdonelson.com
**Counsel for Choice Hotels**;
**Choice Hotels International, Inc.**
**Choice Hotels International Services Corp.**

**Sabrina R. Gallo**
Greenberg Traurig, LLP
333 SE 2nd Ave Ste 4400
Miami, FL 33131
305-579-0533
Fax: 305-579-0717
Email: gallos@gtlaw.com
**Counsel for WHG SU Delegates, LLC**

**Chelsea R. Mikula**
Tucker Ellis LLP
950 Main Ave., Suite 1100
Cleveland, OH 44113

216-696-2476
Fax: 216-592-5009
Email: chelsea.mikula@tuckerellis.com
**Counsel for WHG SU Delegates, LLC**

**Manju Gupta**
Tucker Ellis LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113-7213
216-592-5000
Fax: 216-592-5009
Email: manju.gupta@tuckerellis.com
**Counsel for WHG SU Delegates, LLC**

**Sandra Jane Wunderlich**
Tucker Ellis LLP
100 South Fourth Street
Suite 600
St. Louis, MO 63102
314-256-2544
Email: sandra.wunderlich@tuckerellis.com
**Counsel for WHG SU Delegates, LLC**

### _Jane Doe C.J. v. Aashirvad, LLC DBA Econo Lodge, et al;_  D. NJ 2-23-02973
**BRYAN PAUL COUCH**
CONNELL FOLEY LLP
ONE NEWARK CENTER
1085 RAYMOND BOULEVARD
19TH FLOOR
NEWARK, NJ 07102
973 436 5800
Fax: 973 436 5801
Email: bcouch@connellfoley.com
**Counsel for CHOICE HOTELS INTERNATIONAL SERVICES CORP.;**
**CHOICE HOTELS INTERNATIONAL INC.**

**AASHIRVAD LLC d/b/a Econo Lodge**
134 Hawthorne Street
Roselle Park, New Jersey 07204
**Service for AASHIRVAD LLC**

### _Jane Doe T.W. vs. JRD Partnership, et al._ M.D. TN 3:23-cv-00928
**Dana Scott Pemberton**
Stokes, Williams, Sharp, Cope & Mann, PC

920 Volunteer Landing Lane
Suite 100
Knoxville, TN 37915
865-544-3833
Fax: 865-544-1849
Email: dana@stokeswilliams.com
**Counsel for JRD Partnership doing business as**
**America's Best Inn**

**Kathryn Skagerberg**
Nelson Mullins Riley & Scarborough LLP
1222 Demonbreun Street
Suite 1700
Nashville, TN 37203
(615) 664-5351
Fax: (615) 664-5399
Email: kate.skagerberg@nelsonmullins.com
**Counsel for Wyndham Hotels and Resorts, LLC**

**Mackenzie Keffalos**
Nelson Mullins Riley & Scarborough LLP
1222 Demonbreun Street
Suite 1700
Nashville, TN 37203
513-787-5315
Email: mackenzie.keffalos@nelsonmullins.com
**Counsel for Wyndham Hotels and Resorts, LLC**

**Allyson Hargett Chadwell**
Leitner, Williams, Dooley and Napolitan, PLLC
750 Old Hickory Blvd., Suite 200
Brentwood, TN 37219-2094
615-255-7722
Email: ally.chadwell@leitnerfirm.com
**Counsel for Shri Mahavira Clarksville, Inc.**
**doing business as Days Inn;**
**Shree Mahavira, LLC doing business as Days Inn**

**Bruce D. Gill**
Leitner, Williams, Dooley, and Napolitan, PLLC (Nashville)
750 Old Hickory Boulevard
Building One, Suite 200
Brentwood, TN 37027

615-255-7722
Email: bruce.gill@leitnerfirm.com
**Counsel for Shri Mahavira Clarksville, Inc.**
**doing business as Days Inn;**
**Shree Mahavira, LLC doing business as Days Inn**

**Sterling Stoudenmire**
50 Glenlake Parkway, Suite 350
Atlanta, Georgia 30328
**Registered Agent for America's Best Franchise, Inc.**

**Bernard T. Moyle**
10800 W. Sample Road
Coral Springs, Florida 33065
**Registered Agent for VHGI, Inc. f/k/a/ Vantage Hospitality Group , Inc.**

**Prentice Hall Corporation System, Inc.**
251 Little Falls Drive,
Wilmington, Delaware 19808
**Registered Agent for America's Best Inn, Inc.**

**Kathryn Skagerberg**
Nelson Mullins
1222 Demonbreun Street, Suite 1700
Nashville, TN 37203
**Days Inn Worldwide, Inc.**

**Paul Cash, General Counsel**
22 Sylvan Way
Parsippany, New Jersey 07054
**Wyndham Hotel Group, LLC**

**G6 Hospitality, LLC**
**G6 Hospitality Franchising LLC**
**G6 Hospitality IP, LLC**
**G6 Hospitality Property LLC**
**G6 Hospitality Purchasing LLC**
**Motel 6 Operating, LP**
Corporation Service Company D/B/A CSC-Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, Texas 78701
**Registered Agent for G6 Hospitality, LLC**
**G6 Hospitality Franchising LLC**

**G6 Hospitality IP, LLC**
**G6 Hospitality Property LLC**
**G6 Hospitality Purchasing LLC**
**Motel 6 Operating, LP**

### *Jane Doe G.N.C. vs. Uniquest Hospitality, LLC,* S.D. NY 1:23-cv-07980

**Brendan Hoffman Little**
Lippes Mathias LLP
50 Fountain Plaza
Suite 1700
Buffalo, NY 14202
716-853-5100
Email: blittle@lippes.com
**Counsel for Brookwood Hospitality, LLC**

**Sean O'Brien**
Lippes Mathias LLP
50 Fountain Plaza
Suite 1700
Buffalo, NY 14202
518-669-0813
Email: sobrien@lippes.com
**Counsel for Brookwood Hospitality, LLC**

**Allison Leigh McQueen**
Jones Day
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
312-269-1541
Email: amcqueen@jonesday.com
**Counsel for Hilton Franchise Holding LLC**

**Bethany K. Biesenthal**
Jones Day
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
312-269-4303
Email: bbiesenthal@jonesday.com
**Counsel for Hilton Franchise Holding LLC**

**Nicole Marie Perry**
Jones Day - Houston
717 Texas Ave
Suite 3300
Houston, TX 77002
832-239-3791
Email: nmperry@jonesday.com
**Counsel for Hilton Franchise Holding LLC**

**Taylor Allison Goodspeed**
Jones Day - New York
250 Vesey Street
29th Floor
New York, NY 10281
212-326-3939
Email: tgoodspeed@jonesday.com
**Counsel for Hilton Franchise Holding LLC**

**Karen Loreece Campbell**
Lewis Brisbois Bisgaard & Smith LLP (Water St)
77 Water Street, Suite 2100
New York, NY 10005
212-232-1300
Fax: 212-232-1399
Email: kcampbell@lbbslaw.com
**Counsel for Vornado Realty Trust;**
**Vornado Realty L.P.;**
**401 Hotel TRS, LLC**

**Corey Shulman**
Lewis Brisbois Bisgaard & Smith LLP
77 Water St., Ste. 2100
New York, NY 10005
646-783-1720
Fax: 212-232-1399
Email: corey.shulman@lewisbrisbois.com
**Counsel for Vornado Realty Trust;**
**Vornado Realty L.P.;**
**401 Hotel TRS, LLC**

**Jai Bhole, Inc.**
9 Ryan Place
Fredonia, NY 14063

**Rudra MGMT, Inc.**
51 Anderson Road
Cheektowaga, NY 14225

Uniquest Hospitality LLC
100 Corporate Parkway, Suite 500
Amherst NY 14226
**Principal Place of Business for Uniquest Hospitality, LLC**

### _Jane Doe H.E.W. vs. Radisson Hospitality, Inc.,_  W.D. TX 1:23-cv-01456

David E. Chamberlin
Sean B. Swords
Chamberlain McHaney
901 S. MoPac Expressway, Bldg. 1, Suite 500
Austin, Texas 78746
**Counsel for Defendant Arboretum Hospitality, Inc.**

Gregg R. Miller
Espey & Associates, PC
70 NE Loop 410, Suite 850
San Antonio, Texas 78216
210-404-0333
Fax 210-404-0336
espeyservice@lawespey.com
**Counsel for Defendant Arboretum Hospitality, Inc.**

Katriel Statman
Baker Donalson Bearman Caldwell & Berkowitz PC
1301 McKinney, Suite 3700
Houston, TX 77010
713-210-7443
Fax 713-650-9701
kstatman@bakerdonelson.com
**Counsel for Radisson Hospitality, Inc.**
**Counsel for Choice Hotels International, Inc.**

Cogency Global, Inc.
1601 Elm Street, Suite 4360
Dallas, Texas 75201
**Registered Agent for Country Inn & Suites By Radisson, Inc.**

Niketa J. Amin
1808 Harvest Dance Drive
Leander, Texas 78641
**Registered Agent for Amin Development Corporation**

Corporation Service Company
211 E. 7th Street, Suite 620
Austin, Texas 78701
**Registered Agent for VHGI, Inc.**

**Judith A. Jarvis**
3300 N. University Dr.,  Suite 500
Coral Springs, FL 33065
**Registered Agent for Vantage Franchising, Inc.,**

**Samuel Garcia**
Lathrop GPM, LLP
2101 Cedar Springs Road, Suite 1400
Dallas, TX 75201
469-983-6030
Fax: 469-983-6101
Email: sam.garcia@lathropgpm.com
**Counsel for Red Lion Hotels Corporation**

**Thomas J. Irons**
1790 Preston Road, Suite 650
Dallas, Texas 75252
**Registered Agent for OM Nama Maha Laxmi, Inc.**

**David Sager**
DLA Piper LLP (US)
51 John F. Kennedy Parkway
Ste 120
Short Hills, NJ 07078
973-520-2570
Email: david.sager@dlapiper.com
**Counsel for Wyndham Hotels & Resorts, Inc.;**
**Wyndham Hotel Group, LLC;**
**Baymont Franchise System, Inc.;**
**Super 8 Worldwide, Inc;**
**Days Inns Worldwide, Inc.**

**Jason M. Hopkins**

DLA Piper
1900 N. Pearl Street
Suite 2200
Dallas, TX 75201
214-743-4546
Fax: 972-813-6267
Email: jason.hopkins@us.dlapiper.com
**Counsel for Wyndham Hotels & Resorts, Inc.;**
**Wyndham Hotel Group, LLC;**
**Baymont Franchise System, Inc.;**
**Super 8 Worldwide, Inc;**
**Days Inns Worldwide, Inc.**

**Yogesh Kumar**
1000 South Bell Blvd.
Cedar Park,  Texas 78613
**Registered Agent for Longhorn Hotels, LP**

**Arun J. Jain**
8128 North Interstate 35
Austin, Texas 78753
**Registered Agent for Sari Associates, LLC**

**Austen Harvey**
17 Highland Lane
Canyon, Texas 79015
**Registered Agent for Radiant Properties**

**Amit Desai**
9121 North Interstate 35
Austin, Texas 78753
**Registered Agent for A&D Hotel, LLC**

### *Jane Doe T.B.B. vs. Shaila Patel and Bharatkuma Patel,*  D. AZ 4:23-cv-00581
**Annie McAdams**
Annie McAdams PC
2200 Post Oak, PNC Twr., 10th Fl.
Houston, TX 77056
713-785-6262
Fax: 866-713-6141
Email: annie@mcadamspc.com
**Counsel for Plaintiff**

**David E Harris**
Sico Hoelscher & Harris LLP - Corpus Christi, TX
819 N Upper Broadway
Corpus Christi, TX 78401
361-653-3300
Fax: 361-653-3333
Email: dharris@shhlaw.com
**Counsel for Plaintiff**

**Joseph J Fisher , II**
Provost & Umphrey Law Firm LLP - Beaumont, TX
350 Pine St., Ste. 1100
Beaumont, TX 77701
409-835-6000
Fax: 409-813-8609
Email: jfisher@provostumphrey.com
**Counsel for Plaintiff**

**Richard James Harris**
Richard J Harris & Associates PC
4000 Hickory Fairway Dr.
Woodstock, GA 30188
678-733-1408
Email: rjharrislaw@gmail.com
**Counsel for Plaintiff**

**Shaila Patel**
2531 Anna Maria Lane
Yorkville, Il 60560

**Bharatkumar Patel**
2531 Anna Maria Lane
Yorkville, Il 60560

### _Jane Doe T.W. v. Wyndham Hotels and Resorts, Inc.,_ W.D. KY 5:24-cv-00008

**Paul Cash, General Counsel**
22 Sylvan Way
Parsippany, New Jersey 07054
**Wyndham Hotel Group, LLC**

**Corporate Creations Network, Inc.**
101 North Seventh Street
Louisville, KY 40202

**Registered Agent for Super 8 Worldwide, Inc.**

**KY Motel Inc.**
1500 Bradford Lane
Carbondale, IL 62902
<u>**PRO SE**</u>

**Brad Maxwell, General Counsel**
400 Centre Street
Newton, MA 02458
**Sonesta International Hotels Corporation**

**KRS 454.210**
**Kentucky Secretary of State**
**Office of the Secretary of State**
**Summons Branch**
**700 Capital Ave., Suite 86**
**Frankfort, KY 40601**
**Red Lion Hotels Corporation**

**Champaklal Patel**
5125 Old Cairo Road
Paducah, KY 42001
**Registered Agent for Mata Pita, Inc.**

**Bernard T. Moyle**
10800 W. Sample Road
Coral Springs, FL 33065
**VHGI Franchising, Inc. ; and**
**VHGI, Inc.**

**Allison W. Weyand**
**Justin S. Fowles**
Frost Brown Todd LLC - Louisville
400 W. Market Street, 32nd Floor
Louisville, KY 40202-3363
502-589-5400
Fax: 502-581-1087
Email: aweyand@fbtlaw.com
Email: jfowles@fbtlaw.com
**Counsel for Wyndham Hotels and Resorts, Inc.**

### *Jane Doe D.H. v. Scottsdale Inns, LLC.* **D AZ 2:23-cv-00759**

**David Sager**
DLA Piper LLP (US) - Short Hills, NJ
51 John F Kennedy Pkwy., Ste. 120
Short Hills, NJ 07078-2704
973-520-2570
Email: david.sager@us.dlapiper.com
**Counsel for Wyndham Hotels & Resorts Incorporated**

**Kyle Thomas Orne**
DLA Piper LLP (US) - Phoenix, AZ
2525 E Camelback Rd., Ste. 1000
Phoenix, AZ 85016-423
480-606-5100
Fax: 480-606-5101
Email: kyle.orne@dlapiper.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**Counsel for Wyndham Hotels & Resorts Incorporated**

**Mariah Lynette Logan**
Jones Skelton & Hochuli PLC
40 N Central Ave., Ste. 2700
Phoenix, AZ 85004
602-263-1700
Email: mlogan@jshfirm.com
**Counsel for Scottsdale Inn LLC, d/b/a Howard Johnson;**
**PRC Investment LLC doing business as Howard Johnson;**
**Parimal Parmar**

**William D Holm**
Jones Skelton & Hochuli PLC
40 N Central Ave., Ste. 2700
Phoenix, AZ 85004
602-263-1749
Email: wholm@jshfirm.com
**Counsel for Scottsdale Inn LLC, d/b/a Howard Johnson**
**PRC Investment LLC doing business as Howard Johnson;**
**Parimal Parmar**

### *Jane Doe S.C. v. The Sheraton, L.L.C.*, **NM 1:23-cv-00451**

**Linda M Vanzi**
Rodey Dickason Sloan Akin & Robb PA

P.O. Box 1888
Albuquerque, NM 87102
505-768-7262
Email: lvanzi@rodey.com
**Counsel for The Sheraton, LLC;**
**Starwood Hotels & Resorts Worldwide, LLC**

**Melanie B Stambaugh**
Rodey Dickason Sloan Akin & Robb PA
PO Box 1888
Albuquerque, NM 87103
505-768-7288
Fax: 505-768-7395
Email: MStambaugh@rodey.com
**Counsel for The Sheraton, LLC;**
**Starwood Hotels & Resorts Worldwide, LLC ;**
**Marriott International, Inc.**

**Noell Sauer Huffmyer**
Rodey, Dickason, Sloan, Akin & Robb, P.A.
201 Third St. NW, Ste. 2200
Albuquerque, NM 87102
505-768-7216
Email: nhuffmyer@rodey.com
**Counsel for The Sheraton, LLC;**
**Starwood Hotels & Resorts Worldwide, LLC;**
**Marriott International, Inc.**

**Ellen Dew**
DLA Piper LLC (US)
650 South Exeter Street, Suite 1100
Baltimore, MD 21202
(410) 580-3000
Fax: (410) 580-3001
Email: ellen.dew@us.dlapiper.com
**Counsel for The Sheraton, LLC;**
**Starwood Hotels & Resorts Worldwide, LLC ;**
**Marriott International, Inc.**

**Michael P. O'Day**
DLA Piper LLC (US)
650 South Exeter Street, Suite 1100
Baltimore, MD 21202
(410) 580-3000
Fax: (410) 580-3001

Email: michael.oday@us.dlapiper.com
**Counsel for The Sheraton, LLC;**
**Starwood Hotels & Resorts Worldwide, LLC ;**
**Marriott International, Inc.**

**Charlotte A. Lamont**
Miller Stratvert P.A.
500 Marquette N.W.
Suite 1100
Albuquerque, NM 87102
505-842-4723
Fax: 505-243-4408
Email: clamont@mstlaw.com
**Counsel for Louisiana Hotel Corporation**
*doing business as* **Sheraton Albuquerque Uptown**

**Dan A Akenhead**
Miller Stratvert PA
PO Box 25687
Albuquerque, NM 87125
505-842-1950
Fax: 505-243-4408
Email: dakenhead@mstlaw.com
**Counsel for Louisiana Hotel Corporation**
*doing business as* **Sheraton Albuquerque Uptown**

**Laureana A. Larkin**
Miller Stratvert PA
P.O. Box 25687
Albuquerque, NM 87125
505-842-4751
Email: llarkin@mstlaw.com
**Counsel for Louisiana Hotel Corporation**
*doing business as* **Sheraton Albuquerque Uptown**

### *Jane Doe A.S. v. Wyndham Hotels and Resorts*, N.D. TX 6:23-cv-00033

**Jason M Hopkins**
DLA Piper
1900 N Pearl Avenue
Suite 2200
Dallas, TX 75201
214-743-4546
Fax: 972-813-6267
Email: jason.hopkins@dlapiper.com
**Counsel for CPLG TX Properties LLC;**
**CPLG TX Properties LLC;**

**BRE/LQ TX GP LLC** ;
**La Quinta Holdings, Inc.**
**La Quinta Management LLC**
**LQ Franchising LLC**

**Christopher Donovan**
DLA Piper LLP (US)
845 Texas Avenue
Suite 3800
Houston, TX 77002
713-425-8449
Fax: 713-300-6040
Email: christopher.b.donovan@dlapiper.com
**Counsel for CPLG TX Properties LLC;**
**CPLG TX Properties LLC;**
**BRE/LQ TX GP LLC**

**David S Sager**
DLA Piper LLP US
51 John F Kennedy Parkway
Suite 120
Short Hills, NJ 07078-2704
973-520-2570
Fax: 973-215-2604
Email: david.sager@dlapiper.com
**Counsel for CPLG TX Properties LLC;**
**CPLG TX Properties LLC;**
**BRE/LQ TX GP LLC**

**Andrew J Upton**
Mayer LLP
750 N Saint Paul Street, Suite 700
Dallas, TX 75201
214-379-6269
Fax: 214-379-6939
Email: aupton@mayerllp.com
**Counsel for Pristine Hospitality Inc**

**Trent Wesley Rexing**
Mayer LLP
750 N. Saint Paul Street, Suite 700
Dallas, TX 75201
214 (379) 6923
Fax: (214) 379-6939
Email: trexing@mayerllp.com
**Counsel for Pristine Hospitality Inc**

**Alexis Nicole Del Rio**
Baker Donelson Bearman Caldwell & Berkowitz, PC
5956 Sherry Lane
20th Floor
Dallas, TX 75225
214-827-0864
Email: adelrio@bakerdonelson.com
**Counsel for Choice Hotel International Inc**

**Katriel Chaim Statman**
Baker Donelson Bearman Caldwell & Berkowitz PC
1301 McKinney Street, Suite 3700
Houston, TX 77010
713-650-9700
Fax: 713-650-9701
Email: kstatman@bakerdonelson.com
**Counsel for Choice Hotel International Inc**

**Sara M Turner**
Baker Donelson
1901 Sixth Avenue North
Suite 2600
Birmingham, AL 35203
205-250-8316
Fax: 205-488-3716
Email: smturner@bakerdonelson.com
**Counsel for Choice Hotel International Inc**

**Layne R. Turner**
202 West Twohig Ave., Suite 100
San Angelo, Texas 76903
**Registered Agent for Inn of the West, LLC**

**Jaswant Gill**
1601 North B Street
Midland, Texas 79701
**Registered Agent for Gurkarn Diamond Hotel Corporation**

**Corporation Service Company d/b/a CSC Lawyers Incorporated**
211 E. 7th Street, Suite 620
Austin, Texas 78701
**Registered Agent for Red Lion Hotels Corporation (RLH)**

**Mahendra Patel**
1003 S. Midkiff Road

Midland, Texas 79701
**Registered Agent for Bankhead Hotels, LLC**

**Bernard T. Moyle**
10800 W. Sample Road
Coral Springs, Florida 33065
**Registered Agent for VHGI, Inc. f/k/a/ Vantage Hospitality Group , Inc**


_**Jane Doe T.R.S. vs. Wyndham Hotels and Resorts**_**, E.D. CA 2:23-cv-01676**
**David S. Sager , PHV**
DLA Piper LLP (US)
51 John F. Kennedy Parkway, Ste 120
Short Hills, NJ 07078
973-520-2570
Email: david.sager@dlapiper.com
**Counsel for Wyndham Hotels and Resorts**

**Gregory George Sperla**
DLA Piper LLP (US)
555 Mission Street
Suite 2400
San Francisco, CA 94105-2933
415-836-2500
Email: greg.sperla@us.dlapiper.com
**Counsel for Wyndham Hotels and Resorts**

**Melissa A. Reinckens**
DLA Piper LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133
619-699-2798
Fax: 619-764-6624
Email: melissa.reinckens@us.dlapiper.com
**Counsel for Wyndham Hotels and Resorts**

**Virginia Weeks , PHV**
Email: virginia.weeks@us.dlapiper.com
**Counsel for Wyndham Hotels and Resorts**

**Brian H. Gunn**
Wolfe & Wyman LLP
980 9th Street
Suite 2350

Sacramento, CA 95814-2716
916-912-4700
Fax: 916-329-8905
Email: bhgunn@wolfewyman.com
**Counsel for Vitarag Hospitality, Inc.**

**Jessica B. Coffield**
Wolfe & Wyman LLP
980 9th St.
Suite 1750
Sacramento, CA 95814
916-912-4700
Fax: 916-329-8905
Email: JBCoffield@ww.law
**Counsel for Vitarag Hospitality, Inc.**

**Ellen E. Dew , PHV**
DLA Piper LLP US
650 S. Exeter Street
Baltimore, MD 21202
410-580-4127
Fax: 410-580-3127
Email: ellen.dew@dlapiper.com
**Counsel for Marriott International, Inc.**
**Doing business as Courtyard by Marriott San Jose Campbell**

**Michael P. O'Day , PHV**
DLA Piper LLP (US)
650 S. Exeter Street
Suite 1100
Baltimore, MD 21202-4576
410-580-4293
Fax: 410-580-3293
**Email: michael.oday@us.dlapiper.com**
**Counsel for Marriott International, Inc.**
**Doing business as Courtyard by Marriott San Jose Campbell**

**Amanda L. Morgan**
DLA Piper LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
415-836-2500
Email: amanda.morgan@dlapiper.com

**Counsel for Marriott International, Inc.**
**Doing business as Courtyard by Marriott San Jose Campbell**

**Shirish Patel**
817 W. Capital Ave.
West Sacramento, CA 95691
**Registered Agent for SKAVP Enterprises, LP**

**CSC Lawyers Incorporating Service**
2710 Gateway Oaks Drive
Sacramento, CA 95833
**Registered Agent for Campbell HHG Hotel Development LP**

**Sarah Clemens**
**5901 W. Century Blvd.**
**Los Angeles, CA 90045**
**Registered Agent for Days Inn Worldwide, Inc.  and**
**Wyndham Hotel Group, LLC**

   ___*Jane Doe A.R.J. vs. Wyndham Hotels and Resorts, Inc.,*___ **W.D. TX 1:24-cv-00109**
**Wyndham Hotels & Resorts, Inc.**
**22 Sylvan Way**
**Parsippany, New Jersey 07054**
**Wyndham Hotels & Resorts, Inc.**
*formerly known as* Wyndham Worldwide Corporation
*doing business as* Super 8 Hotel

Corporate Creations Network, Inc.
1521 Concord Pike, Suite 201
Wilmington, DE 19803
**Registered Agent for Wyndham Hotel Group, LLC**

**Varsha Patel**
3505 Highway 259 North
Longview, Texas 75602
**Akshar Krupa, L.L.C.**
*doing business as* A Super 8

Corporate Creations Network, Inc.,
5444 Westheimer, #1000
Houston, Texas 77056

**Super 8 Worldwide, Inc**

*Jane Doe J.N.K. vs. Mahadeva Madison Heights Holdings*, S.D. OH 2:24-cv-00389

**Chelsea R. Mikula**
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
216-696-2476
Fax: 216-592-5009
Email: chelsea.mikula@tuckerellis.com
**Counsel for Red Roof Inns, Inc.;**
**RRF Holding Company, LLC;**
**RRI West Management, LLC;**
**Red Roof Franchising, LLC**

**Elisabeth Catherine Arko**
Tucker Ellis LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113
216-696-3964
Email: Elisabeth.arko@tuckerellis.com
**Counsel for Red Roof Inns, Inc.;**
**RRF Holding Company, LLC;**
**RRI West Management, LLC;**
**Red Roof Franchising, LLC.**

**Emily Rose Grace**
Tucker Ellis LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113
216-696-3392
Email: emily.grace@tuckerellis.com
**Counsel for Red Roof Inns, Inc.;**
**RRF Holding Company, LLC;**
**RRI West Management, LLC;**
**Red Roof Franchising, LLC**

Anat Patel
15701 Johnson Creek Drive
Northville, Michigan 48168
**Registered Agent for Mahadeva Madison Heights Holdings, LLC**

**Doe (DDJ) v. G6 Hospitality, LLC, et al, 1:23-cv-269 (E.D. Texas)**

Kent Morrison Adams
Wilson Elser Moskowitz Edelman & Dicker LLP - Houston
909 Fannin Street
Suite 3300
Houston, TX 77010
713-353-2000
Fax: 713-785-7780
Email: kent.adams@wilsonelser.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC

Angela C. Agrusa
DLA Piper LLP (US)
2000 Avenue of the Stars
North Tower
Suite 400
Los Angeles, CA 90067-4704
310-500-3591
Fax: 310-595-3361
Email: angela.agrusa@dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew
DLA Piper LLP
650 S. Exeter Street
Baltimore, MD 21202
410-580-4127
Fax: 410-580-3127
Email: ellen.dew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC

Karley Therese Buckley
DLA Piper LLP (US)

845 Texas Avenue
Suite 3800
Houston, TX 77002
713-425-8421
Fax: 619-699-2701
Email: karley.buckley@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC; G6 Hospitality Franchising LLC

Kim Juanita Askew
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4506
Fax: 214-665-5990
Email: kim.askew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC; G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Sarah Marie Davis
Lewis Brisbois - Houston
24 East Greenway Plaza, Suite 1400
Houston, TX 77046
713/659-6767
Fax: 713-759-6830
Email: sarah.davis@wilsonelser.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC; G6 Hospitality Franchising LLC

**AESHA, LLC:**
Barry Andrew Moscowitz
Thompson, Coe, Cousins & Irons, LLP - Dallas
700 North Pearl Street, 25th Floor
Dallas, TX 75201
214/871-8200
Fax: 12148718209

Email: bmoscowitz@thompsoncoe.com
Counsel for AESHA, LLC

Robbie Allen Moehlmann
Donato Brown Pool & Moehlmann - Houston
3200 Southwest Freeway
Suite 2300
Houston, TX 77027-7525
(713) 877-1112
Fax: (713) 877-1138
Email: rmoehlmann@donatobrown.com
Counsel for AESHA, LLC

Brendan Patrick Doherty
Gieger Laborde & Laperouse, LLC
5151 San Felipe, Suite 750
Houston, TX 77056
832-255-6000
Fax: 832-255-6001
Email: bdoherty@glllaw.com
Counsel for AESHA, LLC

Carla Lassabe
Gieger Laborde & Laperouse
5151 San Felipe, Suite 750
Houston, TX 77002
713-529-5622
Email: classabe@glllaw.com
Counsel for AESHA, LLC

Elizabeth Raines
Thompson, Coe, Cousins & Irons, L.L.P.
700 N Pearl Street, Ste 25th Floor
Dallas, TX 75201
214-871-8200
Email: eraines@thompsoncoe.com
Counsel for AESHA, LLC

Ernest Paul Gieger, Jr
Gieger Laborde & Laperouse - New Orleans
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, LA 70139

504-561-0400
Fax: 504-561-1011
Email: egieger@glllaw.com
Counsel for AESHA, LLC

Ian Ranier Beliveaux
Donato Brown Pool & Moehlmann
3200 Southwest Freeway, Ste. 2300
Houston, TX 77027
713-877-1122
Fax: 713-877-1138
Email: irb@donatobrown.com
Counsel for AESHA, LLC

Joseph Eugene Dumas
Thompson Coe Cousins & Irons, LLP - Houston
One Riverway, Suite 1400
Houston, TX 77056-1988
713-403-8210
Fax: 713-403-8299
Email: jdumas@thompsoncoe.com
Counsel for AESHA, LLC

Mike Prather
Donato Brown Pool & Moehlmann
3200 Southwest Freeway
Suite 2300
Houston, TX 77027
713-877-1112
Email: mprather@donatobrown.com
Counsel for Century Lodging LLC

Andrew Keller Rodriguez
Donato Brown Pool & Moehlmann
3200 Southwest Freeway, Suite 2300
Houston, TX 77027
713-403-5435
Email: arodriguez@donatobrown.com
Counsel for Century Lodging LLC

### **Doe (K.E.C.) v. G6 Hospitality LLC, et al, 1:23-cv-270 (E.D. Texas)**

Kent Morrison Adams
Wilson Elser Moskowitz Edelman & Dicker LLP - Houston

909 Fannin Street
Suite 3300
Houston, TX 77010
713-353-2000
Fax: 713-785-7780
Email: kent.adams@wilsonelser.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC; G6 Hospitality Franchising LLC

Angela C. Agrusa
DLA Piper LLP (US)
2000 Avenue of the Stars
North Tower
Suite 400
Los Angeles, CA 90067-4704
310-500-3591
Fax: 310-595-3361
Email: angela.agrusa@dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC; G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew
DLA Piper LLP
650 S. Exeter Street
Baltimore, MD 21202
410-580-4127
Fax: 410-580-3127
Email: ellen.dew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC; G6 Hospitality Franchising LLC

Karley Therese Buckley
DLA Piper LLP (US)
845 Texas Avenue
Suite 3800
Houston, TX 77002

713-425-8421
Fax: 619-699-2701
Email: karley.buckley@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC; G6 Hospitality Franchising LLC

Kim Juanita Askew
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4506
Fax: 214-665-5990
Email: kim.askew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC; G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Sarah Marie Davis
Lewis Brisbois - Houston
24 East Greenway Plaza, Suite 1400
Houston, TX 77046
713/659-6767
Fax: 713-759-6830
Email: sarah.davis@wilsonelser.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC; G6 Hospitality Franchising LLC

Barry Andrew Moscowitz
Thompson, Coe, Cousins & Irons, LLP - Dallas
700 North Pearl Street, 25th Floor
Dallas, TX 75201
214/871-8200
Fax: 12148718209
Email: bmoscowitz@thompsoncoe.com
Counsel for AESHA, LLC

Brendan Patrick Doherty

Gieger Laborde & Laperouse, LLC - Houston
5151 San Felipe, Suite 750
Houston, TX 77056
832-255-6000
Fax: 832-255-6001
Email: bdoherty@glllaw.com
Counsel for AESHA, LLC

Carla Lassabe
Gieger Laborde & Laperouse
5151 San Felipe, Suite 750
Houston, TX 77002
713-529-5622
Email: classabe@glllaw.com
Counsel for AESHA, LLC

Elizabeth Raines
Thompson, Coe, Cousins & Irons, L.L.P.
700 N Pearl Street, Ste 25th Floor
Dallas, TX 75201
214-871-8200
Email: eraines@thompsoncoe.com
Counsel for AESHA, LLC

Ernest Paul Gieger, Jr
Gieger Laborde & Laperouse - New Orleans
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, LA 70139
504-561-0400
Fax: 504-561-1011
Email: egieger@glllaw.com
Counsel for AESHA, LLC

Ian Ranier Beliveaux
Donato Brown Pool & Moehlmann
3200 Southwest Freeway, Ste. 2300
Houston, TX 77027
713-877-1122
Fax: 713-877-1138
Email: irb@donatobrown.com
Counsel for AESHA, LLC

Joseph Eugene Dumas
Thompson Coe Cousins & Irons, LLP - Houston
One Riverway, Suite 1400
Houston, TX 77056-1988
713-403-8210
Fax: 713-403-8299
Email: jdumas@thompsoncoe.com
Counsel for AESHA, LLC

Robbie Allen Moehlmann
Donato Brown Pool & Moehlmann - Houston
3200 Southwest Freeway, Suite 2300
Houston, TX 77027-7525
(713) 877-1112
Fax: (713) 877-1138
Email: rmoehlmann@donatobrown.com
Counsel for AESHA, LLC

Andrew Keller Rodriguez
Donato Brown Pool & Moehlmann
3200 Southwest Freeway, Suite 2300
Houston, TX 77027
713-403-5435
Email: arodriguez@donatobrown.com
Counsel for Century Lodging LLC

Mike Prather
Donato Brown Pool & Moehlmann
3200 Southwest Freeway, Suite 2300
Houston, TX 77027
713-877-1112
Email: mprather@donatobrown.com
Counsel for Century Lodging LLC

**Pat Servicing to be served upon registered agent**
Andrew Jolley
2009 E. Windmill Lane
Las Vegas, NV 89123

Toby Franklin Nash
Germer PLLC
P. O. Box 4915
Beaumont, TX 77704

409-654-6700
Email: tobyn@germer.com
Counsel for Amita Kunal LLC

**Doe (G.M.F) v. G6 Hospitality LLC, et al, 1:23-cv-280 (E.D. Texas)**

Angela C. Agrusa
DLA Piper LLP (US)
2000 Avenue of the Stars
North Tower
Suite 400
Los Angeles, CA 90067-4704
310-500-3591
Fax: 310-595-3361
Email: angela.agrusa@dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC; G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew
DLA Piper LLP
650 S. Exeter Street
Baltimore, MD 21202
410-580-4127
Fax: 410-580-3127
Email: ellen.dew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC

Karley Therese Buckley
DLA Piper LLP (US)
845 Texas Avenue
Suite 3800
Houston, TX 77002
713-425-8421
Fax: 619-699-2701
Email: karley.buckley@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing

LLC

Kim Juanita Askew
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4506
Fax: 214-665-5990
Email: kim.askew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC; G6 Hospitality Franchising LLC and
Motel 6 Operating, LP


Pannal Alan Sanders
Law Firm of Alan Sanders
527 21st Street, No. 27
Galveston, TX 77550
409-882-1706
Email: pasanders@mapalaw.com
Counsel for ARTCP, LLC

Barry Andrew Moscowitz
Thompson, Coe, Cousins & Irons, LLP - Dallas
700 North Pearl Street, 25th Floor
Dallas, TX 75201
214/871-8200
Fax: 12148718209
Email: bmoscowitz@thompsoncoe.com
Counsel for AEASHA LLC

Brendan Patrick Doherty
Gieger Laborde & Laperouse, LLC - Houston
5151 San Felipe, Suite 750
Houston, TX 77056
832-255-6000
Fax: 832-255-6001
Email: bdoherty@glllaw.com
Counsel for AEASHA LLC

Carla Lassabe

Gieger Laborde & Laperouse
5151 San Felipe, Suite 750
Houston, TX 77002
713-529-5622
Email: classabe@glllaw.com
Counsel for AEASHA LLC

Elizabeth Raines
Thompson, Coe, Cousins & Irons, L.L.P.
700 N Pearl Street, Ste 25th Floor
Dallas, TX 75201
214-871-8200
Email: eraines@thompsoncoe.com
Counsel for AEASHA LLC

Joseph Eugene Dumas
Thompson Coe Cousins & Irons, LLP - Houston
One Riverway, Suite 1400
Houston, TX 77056-1988
713-403-8210
Fax: 713-403-8299
Email: jdumas@thompsoncoe.com
Counsel for AEASHA LLC

### **Doe (DDH) v. G6 Hospitality LLC, et al, 1:23-cv-283 (E.D. Texas)**

Angela C. Agrusa
DLA Piper LLP (US)
2000 Avenue of the Stars
North Tower
Suite 400
Los Angeles, CA 90067-4704
310-500-3591
Fax: 310-595-3361
Email: angela.agrusa@dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew
DLA Piper LLP
650 S. Exeter Street

Baltimore, MD 21202
410-580-4127
Fax: 410-580-3127
Email: ellen.dew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC

Karley Therese Buckley
DLA Piper LLP (US)
845 Texas Avenue
Suite 3800
Houston, TX 77002
713-425-8421
Fax: 619-699-2701
Email: karley.buckley@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC

Kim Juanita Askew
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4506
Fax: 214-665-5990
Email: kim.askew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

**Handy, Moss & Marian Living Trust to be served upon corporate address**
225 Colorado Place
Arcadia CA 91007

Toby Franklin Nash
Germer PLLC
P. O. Box 4915
Beaumont, TX 77704

409-654-6700
Email: tobyn@germer.com
Counsel for Shri Raam Krushna, LLC

Robert Jordan Root
Germer PLLC - Beaumont
550 Fannin, Suite 400
Beaumont, TX 77701
409-654-6700
Fax: 409-835-2115
Email: rroot@germer.com
Counsel for Shri Raam Krushna, LLC

Shawn Figari, Jr
550 Fannin St, Suite 400
Beaumont, TX 77701
409-654-6700
Email: sfigari@germer.com
Counsel for Shri Raam Krushna, LLC

**Doe (RB) v. G6 Hospitality LLC, et al, 1:23-cv-286 (E.D. Texas)**

Angela C. Agrusa
DLA Piper LLP (US)
2000 Avenue of the Stars
North Tower
Suite 400
Los Angeles, CA 90067-4704
310-500-3591
Fax: 310-595-3361
Email: angela.agrusa@dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew
DLA Piper LLP
650 S. Exeter Street
Baltimore, MD 21202
410-580-4127
Fax: 410-580-3127
Email: ellen.dew@us.dlapiper.com

Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC

Karley Therese Buckley
DLA Piper LLP (US)
845 Texas Avenue
Suite 3800
Houston, TX 77002
713-425-8421
Fax: 619-699-2701
Email: karley.buckley@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC

Kim Juanita Askew
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4506
Fax: 214-665-5990
Email: kim.askew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Greg Christopher Wilkins
Wilkins Gire PLLC
350 Pine Street, 660
Beaumont, TX 77701
409-241-8094
Email: gwilkins@wilkinsgire.com
Counsel for G6 Hospitality LLC;

Monica Lee Wilkins
Wilkins Gire PLLC
350 Pine Street
Suite 660

Beaumont, TX 77701
409-241-8094
Email: mwilkins@wilkinsgire.com
Counsel for G6 Hospitality LLC;

Kevin Christopher Kyser
Johanson & Fairless, LLP
1456 First Colony Boulevard
Sugar Land, TX 77479
281-340-5125
Fax: 281-340-5100
Email: kkyser@jandflaw.com
Counsel for Shanta Hospitality Inc.

Timothy J. Nisbet
Johanson & Fairless, LLP
1456 First Colony Boulevard
Sugar Land, TX 77479
281-340-5122
Fax: 281-340-5000
Email: tnisbet@jandflaw.com
Counsel for Shanta Hospitality Inc.

### Doe (C.L.F.) v. G6 Hospitality LLC, Et al, 1:23-cv-303 (E.D. Texas)

Angela C. Agrusa
DLA Piper LLP (US)
2000 Avenue of the Stars
North Tower
Suite 400
Los Angeles, CA 90067-4704
310-500-3591
Fax: 310-595-3361
Email: angela.agrusa@dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC; G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew
DLA Piper LLP
650 S. Exeter Street
Baltimore, MD 21202

410-580-4127
Fax: 410-580-3127
Email: ellen.dew@us.dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Karley Therese Buckley
DLA Piper LLP (US)
845 Texas Avenue
Suite 3800
Houston, TX 77002
713-425-8421
Fax: 619-699-2701
Email: karley.buckley@us.dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Kim Juanita Askew
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4506
Fax: 214-665-5990
Email: kim.askew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC; G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Greg Christopher Wilkins
Wilkins Gire PLLC
350 Pine Street, 660
Beaumont, TX 77701
409-241-8094
Email: gwilkins@wilkinsgire.com
Counsel for G6 Hospitality LLC; G6

Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Monica Lee Wilkins
Wilkins Gire PLLC
350 Pine Street
Suite 660
Beaumont, TX 77701
409-241-8094
Email: mwilkins@wilkinsgire.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

**Kisan, Inc**. by serving it registered agent
Hemang Patel
119 N. Belle Terre
Wichita, KS 67230

### Doe (AMB) v. G6 Hospitality LLC, et al, 1:23-cv-327 (E.D. Texas)

Angela C. Agrusa
DLA Piper LLP (US)
2000 Avenue of the Stars
North Tower
Suite 400
Los Angeles, CA 90067-4704
310-500-3591
Fax: 310-595-3361
Email: angela.agrusa@dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew
DLA Piper LLP
650 S. Exeter Street
Baltimore, MD 21202

410-580-4127
Fax: 410-580-3127
Email: ellen.dew@us.dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Karley Therese Buckley
DLA Piper LLP (US)
845 Texas Avenue
Suite 3800
Houston, TX 77002
713-425-8421
Fax: 619-699-2701
Email: karley.buckley@us.dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Kim Juanita Askew
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4506
Fax: 214-665-5990
Email: kim.askew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC; G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Maria A. Garrett
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4537
Fax: 214-665-5956
Email: maria.garrett@dlapiper.com

Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

## Doe (K.M.H.) v. G6 Hospitality LLC, et al, 1:23-cv-348 (E.D. Texas)

Angela C. Agrusa
DLA Piper LLP (US)
2000 Avenue of the Stars
North Tower
Suite 400
Los Angeles, CA 90067-4704
310-500-3591
Fax: 310-595-3361
Email: angela.agrusa@dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew
DLA Piper LLP
650 S. Exeter Street
Baltimore, MD 21202
410-580-4127
Fax: 410-580-3127
Email: ellen.dew@us.dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Karley Therese Buckley
DLA Piper LLP (US)
845 Texas Avenue
Suite 3800
Houston, TX 77002
713-425-8421
Fax: 619-699-2701
Email: karley.buckley@us.dlapiper.com

Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Kim Juanita Askew
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4506
Fax: 214-665-5990
Email: kim.askew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

**TDP Hospitality, LLC to be served upon the registered agent for service:**
Dhirendra K. Shelarka
4207 Ryan Rd.
Grand Prairie, TX 75052


## Doe (S.R.C.) v. G6 Hospitality, LLC, et al, 9:23-cv-165 (E.D. Texas)

Angela C. Agrusa
DLA Piper LLP (US)
2000 Avenue of the Stars
North Tower
Suite 400
Los Angeles, CA 90067-4704
310-500-3591
Fax: 310-595-3361
Email: angela.agrusa@dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew
DLA Piper LLP

650 S. Exeter Street
Baltimore, MD 21202
410-580-4127
Fax: 410-580-3127
Email: ellen.dew@us.dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Karley Therese Buckley
DLA Piper LLP (US)
845 Texas Avenue
Suite 3800
Houston, TX 77002
713-425-8421
Fax: 619-699-2701
Email: karley.buckley@us.dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Kim Juanita Askew
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4506
Fax: 214-665-5990
Email: kim.askew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC; G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Maria A. Garrett
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4537

Fax: 214-665-5956
Email: maria.garrett@dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Krishna Hospitality, Inc. may be served by serving it registered agent at:
Mukund Patel
4557 Byron Circle
Irving, TX 75038

Joshua Dudley Kipp
Carrington Coleman Sloman & Blumenthal LLP - Dallas
901 Main Street, Suite 5500
Dallas, TX 75202-3767
214/855-3047
Fax: 214/758-3748
Email: jkipp@ccsb.com
Counsel for Defendant Krishna Balram, LLC

Lara Yost
Carrington, Coleman, Sloman & Blumenthal, L.L.P.
901 Main Street, Ste 5500
Dallas, TX 75202
214-855-3167
Fax: 214-580-2641
Email: lyost@ccsb.com
Counsel for Defendant Krishna Balram, LLC

Dallas OM SAI, LLC dba Motel 6 Dallas North
13185 N. Central Freeway
Dallas, TX 75243

Willie Ben Daw, III
Daw & Ray
5718 Westheimer Rd, Suite 1750
Houston, TX 77057
713/266-3121
Fax: 713/266-3188
Email: wbdaw@dawray.com
Counsel for Defendant Lancaster Hospitality,

LLC doing business as Motel 6 Lancaster

April Funderburg Robbins
Brackett & Ellis PC - Fort Worth
100 Main Street
Fort Worth, TX 76102
817/338-1700
Fax: 817/870-2265
Email: arobbins@canteyhanger.com
Counsel for Defendant Lancaster Hospitality,
LLC doing business as Motel 6 Lancaster

Kristen Nicole Baker
14735 Tilley Street
Houston, TX 77084
713-382-7031
Email: kbaker@dawray.com
Counsel for Defendant Lancaster Hospitality,
LLC doing business as Motel 6 Lancaster

Kyle D Giacco
Daw & Ray, L.L.P.
5718 Westheimer, Suite 1750
Houston, TX 77057
(713) 266-3121
Fax: (713) 266-3188
Email: kgiacco@dawray.com
Counsel for Defendant Lancaster Hospitality,
LLC doing business as Motel 6 Lancaster

Suleha Fazal Shaikh
Daw & Ray, LLP
5718 Westheimer Road, Suite 1400
Houston, TX 77057
713-266-3121
Email: sshaikh@dawray.com
Counsel for Defendant Lancaster Hospitality,
LLC doing business as Motel 6 Lancaster

**<u>Doe (RRM) v. G6 Hospitality LLC, et al, 9:23-cv-164 (E.D. Texas)</u>**

Angela C. Agrusa
DLA Piper LLP (US)
2000 Avenue of the Stars

North Tower
Suite 400
Los Angeles, CA 90067-4704
310-500-3591
Fax: 310-595-3361
Email: angela.agrusa@dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew
DLA Piper LLP
650 S. Exeter Street
Baltimore, MD 21202
410-580-4127
Fax: 410-580-3127
Email: ellen.dew@us.dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Karley Therese Buckley
DLA Piper LLP (US)
845 Texas Avenue
Suite 3800
Houston, TX 77002
713-425-8421
Fax: 619-699-2701
Email: karley.buckley@us.dlapiper.com
Counsel for G6 Hospitality IP, LLC; G6
Hospitality Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Kim Juanita Askew
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4506

Fax: 214-665-5990

Email: kim.askew@us.dlapiper.com

Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

M-Six Creditvest I Business Trust to be served by CMRR upon:
C/O Secretary of State
P.O. Box 12079
Austin, TX 78711-2079

### **Doe (S. Y. R.) v. G6 Hospitality, LLC, et al, 9:23-cv-171 (E.D. Texas)**

Angela C. Agrusa

DLA Piper LLP (US)

2000 Avenue of the Stars

North Tower

Suite 400

Los Angeles, CA 90067-4704

310-500-3591

Fax: 310-595-3361

Email: angela.agrusa@dlapiper.com

Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew

DLA Piper LLP

650 S. Exeter Street

Baltimore, MD 21202

410-580-4127

Fax: 410-580-3127

Email: ellen.dew@us.dlapiper.com

Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Kim Juanita Askew

DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4506
Fax: 214-665-5990
Email: kim.askew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Maria A. Garrett
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4537
Fax: 214-665-5956
Email: maria.garrett@dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

### Doe (E.M.B.) v. G6 Hospitality, LLC, et al, 9:23-cv-173 (E.D. Texas)

Angela C. Agrusa
DLA Piper LLP (US)
2000 Avenue of the Stars
North Tower
Suite 400
Los Angeles, CA 90067-4704
310-500-3591
Fax: 310-595-3361
Email: angela.agrusa@dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew
DLA Piper LLP

650 S. Exeter Street
Baltimore, MD 21202
410-580-4127
Fax: 410-580-3127
Email: ellen.dew@us.dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Kim Juanita Askew
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4506
Fax: 214-665-5990
Email: kim.askew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC; G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Maria A. Garrett
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4537
Fax: 214-665-5956
Email: maria.garrett@dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

### **Doe (T.D.B.) v. G6 Hospitality LLC, et al, 9:23-cv-174 (E.D. Texas)**

Angela C. Agrusa
DLA Piper LLP (US)
2000 Avenue of the Stars
North Tower
Suite 400

Los Angeles, CA 90067-4704
310-500-3591
Fax: 310-595-3361
Email: angela.agrusa@dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew
DLA Piper LLP
650 S. Exeter Street
Baltimore, MD 21202
410-580-4127
Fax: 410-580-3127
Email: ellen.dew@us.dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Kim Juanita Askew
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4506
Fax: 214-665-5990
Email: kim.askew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Andrew Zwayer Schreck
Sbsb-Eastham
1001 McKinney, Ste 1400
Houston, TX 77002
713-588-0446
Email: aschreck@sbsb-eastham.com
Counsel for Defendant San Rafael Motel Investment, Inc.

**<u>Doe (K.L.W.) v. G6 Hospitality, LLC, et al, 9:23-cv-192 (E.D. Texas)</u>**

Angela C. Agrusa
DLA Piper LLP (US)
2000 Avenue of the Stars
North Tower
Suite 400
Los Angeles, CA 90067-4704
310-500-3591
Fax: 310-595-3361
Email: angela.agrusa@dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew
DLA Piper LLP
650 S. Exeter Street
Baltimore, MD 21202
410-580-4127
Fax: 410-580-3127
Email: ellen.dew@us.dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Karley Therese Buckley
DLA Piper LLP (US)
845 Texas Avenue
Suite 3800
Houston, TX 77002
713-425-8421
Fax: 619-699-2701
Email: karley.buckley@us.dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Kim Juanita Askew
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4506
Fax: 214-665-5990
Email: kim.askew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Maria A. Garrett
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4537
Fax: 214-665-5956
Email: maria.garrett@dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Fourth Berkshire Properties, LLC to be served as follows by CMRR:
C/O Registered Agent Brennan S. Neville
3024 Harney Street
Omaha, NE 68131

Shree Hari OM, L.L.C.
C/O Pradip Nard
4200 Old Gentilly Road
New Orleans, LA 70126

Shree of Memphis, L.L.C.
C/O Texas Secretary of State
James E. Rudder Bldg.
1019 Brazos, Room 105
Austin, TX 78701

**<u>Doe (L.M.M.) v. G6 Hospitality, LLC et al, 9:23-cv-194 (E.D. Texas)</u>**

Angela C. Agrusa
DLA Piper LLP (US)
2000 Avenue of the Stars
North Tower
Suite 400
Los Angeles, CA 90067-4704
310-500-3591
Fax: 310-595-3361
Email: angela.agrusa@dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew
DLA Piper LLP
650 S. Exeter Street
Baltimore, MD 21202
410-580-4127
Fax: 410-580-3127
Email: ellen.dew@us.dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Karley Therese Buckley
DLA Piper LLP (US)
845 Texas Avenue
Suite 3800
Houston, TX 77002
713-425-8421
Fax: 619-699-2701
Email: karley.buckley@us.dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Kim Juanita Askew
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4506
Fax: 214-665-5990
Email: kim.askew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC; G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Maria A. Garrett
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4537
Fax: 214-665-5956
Email: maria.garrett@dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Fourth Berkshire Properties, LLC serving by CMRR
C/O Texas Secretary of State
James E. Rudder Bldg.
1019 Brazos, Room 105
Austin, TX 78701

**<u>Doe (B.N.T.) v. G6 Hospitality LLC, et al, 9:23-cv-198 (E.D. Texas)</u>**

Angela C. Agrusa
DLA Piper LLP (US)
2000 Avenue of the Stars
North Tower
Suite 400
Los Angeles, CA 90067-4704
310-500-3591
Fax: 310-595-3361
Email: angela.agrusa@dlapiper.com
Counsel for G6 Hospitality IP LLC;

G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew
DLA Piper LLP
650 S. Exeter Street
Baltimore, MD 21202
410-580-4127
Fax: 410-580-3127
Email: ellen.dew@us.dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Kim Juanita Askew
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4506
Fax: 214-665-5990
Email: kim.askew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Motel 6 Decatur, Inc. this will be served by CMRR
C/O Bansari Desai
1641 Peachtree Street, NE
Atlanta, GA 30309

Robert Gilbreath
Gordon & Rees Scully Mansukhani – Dallas
2200 Ross Avenue, Suite 3700
Dallas, TX 75201
rgilbreath@hptylaw.com
Counsel for Rex C-Store, LLC

Alison Rae Ashmore

Dykema Gossett PLLC
1717 Main Street
Suite 4200
Dallas, TX 75201
214-462-6400
Fax: 866-781-2975
Email: aashmore@dykema.com
Counsel for Defendant Hanmi Bank, Inc.

Joshua Kinsey Davis
Lewis Brisbois - Houston
24 East Greenway Plaza, Suite 1400
Houston, TX 77046
713-659-6767
Fax: 713-759-6830
Email: josh.davis@lewisbrisbois.com
Counsel for Defendant Radheshvar, LLC

Kori Wagner
Swift Currie McGhee & Hiers
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
404-888-6191
Email: kori.wagner@swiftcurrie.com
Counsel for Defendant Radheshvar, LLC

Marissa Holly Merrill
Swift Currie McGhee & Hiers
1420 Peachtree Street NE
Suite 800
Atlanta, GA 30309
404-874-8800
Email: marissa.merrill@swiftcurrie.com
Counsel for Defendant Radheshvar, LLC

**Doe (A.M.J.) v. G6 Hospitality LLC, et al, 9:23-cv-208 (E.D. Texas)**

Angela C. Agrusa
DLA Piper LLP (US)
2000 Avenue of the Stars
North Tower
Suite 400
Los Angeles, CA 90067-4704

310-500-3591
Fax: 310-595-3361
Email: angela.agrusa@dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew
DLA Piper LLP
650 S. Exeter Street
Baltimore, MD 21202
410-580-4127
Fax: 410-580-3127
Email: ellen.dew@us.dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Kim Juanita Askew
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4506
Fax: 214-665-5990
Email: kim.askew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

### Doe (TMK) v. G6 Hospitality, LLC, et al, 1:23-cv-468 (E.D. Texas)

Angela C. Agrusa
DLA Piper LLP (US)
2000 Avenue of the Stars
North Tower
Suite 400
Los Angeles, CA 90067-4704
310-500-3591

Fax: 310-595-3361

Email: angela.agrusa@dlapiper.com

Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew

DLA Piper LLP

650 S. Exeter Street

Baltimore, MD 21202

410-580-4127

Fax: 410-580-3127

Email: ellen.dew@us.dlapiper.com

Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Kim Juanita Askew

DLA Piper LLP (US) - Dallas

1900 North Pearl Street, Suite 2200

Dallas, TX 75201

214-743-4506

Fax: 214-665-5990

Email: kim.askew@us.dlapiper.com

Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Joseph M. Cox

Duane Morris LLP

100 Crescent Court, Suite 1200

Dallas, TX 75201

214-257-7252

JMCox@duanemorris.com

Counsel for Satyam Holdings, LLC

**<u>Doe (SAS) v. G6 Hospitality, LLC, et al, 9:23-cv-169 (E.D. Texas)</u>**

Angela C. Agrusa
DLA Piper LLP (US)
2000 Avenue of the Stars
North Tower
Suite 400
Los Angeles, CA 90067-4704
310-500-3591
Fax: 310-595-3361
Email: angela.agrusa@dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Ellen E Dew
DLA Piper LLP
650 S. Exeter Street
Baltimore, MD 21202
410-580-4127
Fax: 410-580-3127
Email: ellen.dew@us.dlapiper.com
Counsel for G6 Hospitality LLC; G6
Hospitality IP, LLC; G6 Hospitality
Property, LLC; G6 Hospitality
Purchasing, LLC; Motel 6 Operating LP;
G6 Hospitality Franchising LLC

Kim Juanita Askew
DLA Piper LLP (US) - Dallas
1900 North Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4506
Fax: 214-665-5990
Email: kim.askew@us.dlapiper.com
Counsel for G6 Hospitality IP LLC;
G6 Hospitality LLC; G6 Hospitality
Property, LLC; G6 Hospitality Purchasing
LLC**;** G6 Hospitality Franchising LLC and
Motel 6 Operating, LP

Fourth Berkshire Properties, LLC serving by CMRR
C/O Texas Secretary of State

James E. Rudder Bldg.
1019 Brazos, Room 105
Austin, TX 78701

First Berkshire Properties, LLC serving by CMRR
C/O Secretary of State
P.O. Box 12079
Austin, TX 78711-2079

SeaTac Hotels, LLC serving by CMRR
C/O Secretary of State
P.O. Box 12079
Austin, TX 78711-2079

**Doe (K.B.)  v. G6 Hospitality, LLC , et al N. D. Georgia (Atlanta) C.A. No. 1:23-cv-02596**
Admir Allushi
Lewis, Brisbois, Bisgaard & Smith, LLP
600 Peachtree Stree, NE, Suite 4700
Atlanta, GA 30308
404-991-2173
Fax: 404-467-8845
Email: adi.allushi@lewisbrisbois.com
Counsel for Defendant
G6 Hospitality, LLC

Charlotte Elizabeth Stell , I
Lewis Brisbois Bisgaard & Smith
600 Peachtree Street NE
Suite 4700
Atlanta, GA 30308
404-567-6584
Fax: 404-467-8845
Email: elizabeth.stell@lewisbrisbois.com
Counsel for Defendant
G6 Hospitality, LLC

Admir Allushi
Lewis, Brisbois, Bisgaard & Smith, LLP
600 Peachtree Stree, NE
Suite 4700
Atlanta, GA 30308
404-991-2173
Fax: 404-467-8845
Email: adi.allushi@lewisbrisbois.com

Counsel for Defendant G6 Hospitality Franchising, LLC

Charlotte Elizabeth Stell , I
Lewis Brisbois Bisgaard & Smith
600 Peachtree Street NE
Suite 4700
Atlanta, GA 30308
404-567-6584
Fax: 404-467-8845
Email: elizabeth.stell@lewisbrisbois.com
Counsel for Defendant G6 Hospitality Franchising, LLC

Admir Allushi
Lewis, Brisbois, Bisgaard & Smith, LLP
600 Peachtree Stree, NE
Suite 4700
Atlanta, GA 30308
404-991-2173
Fax: 404-467-8845
Email: adi.allushi@lewisbrisbois.com
Counsel for Defendant G6 Hospitality IP, LLC

Charlotte Elizabeth Stell , I
Lewis Brisbois Bisgaard & Smith
600 Peachtree Street NE
Suite 4700
Atlanta, GA 30308
404-567-6584
Fax: 404-467-8845
Email: elizabeth.stell@lewisbrisbois.com

Admir Allushi
Lewis, Brisbois, Bisgaard & Smith, LLP
600 Peachtree Stree, NE
Suite 4700
Atlanta, GA 30308
404-991-2173
Fax: 404-467-8845
Email: adi.allushi@lewisbrisbois.com
Counsel for Defendant  G6 Hospitality Property, LLC

Charlotte Elizabeth Stell , I
Lewis Brisbois Bisgaard & Smith

600 Peachtree Street NE
Suite 4700
Atlanta, GA 30308
404-567-6584
Fax: 404-467-8845
Email: elizabeth.stell@lewisbrisbois.com
Counsel for Defendant  G6 Hospitality Property, LLC

Lewis, Brisbois, Bisgaard & Smith, LLP
600 Peachtree Stree, NE
Suite 4700
Atlanta, GA 30308
404-991-2173
Fax: 404-467-8845
Email: adi.allushi@lewisbrisbois.com
Counsel for Defendant G6 Hospitality Purchasing, LLC

Charlotte Elizabeth Stell , I
Lewis Brisbois Bisgaard & Smith
600 Peachtree Street NE
Suite 4700
Atlanta, GA 30308
404-567-6584
Fax: 404-467-8845
Email: elizabeth.stell@lewisbrisbois.com
Counsel for Defendant G6 Hospitality Purchasing, LLC

Admir Allushi
Lewis, Brisbois, Bisgaard & Smith, LLP
600 Peachtree Stree, NE
Suite 4700
Atlanta, GA 30308
404-991-2173
Fax: 404-467-8845
Email: adi.allushi@lewisbrisbois.com
Counsel for Defendant Motel 6 Operating, LP

Charlotte Elizabeth Stell , I
Lewis Brisbois Bisgaard & Smith
600 Peachtree Street NE
Suite 4700
Atlanta, GA 30308
404-567-6584

Fax: 404-467-8845
Email: elizabeth.stell@lewisbrisbois.com
Counsel for Defendant Motel 6 Operating, LP

Sean L. Hynes
Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060
770-422-3233
Email: hynes@downeycleveland.com
Counsel for Defendant Gainesville Masters, LLC

Peter F. Schoenthaler
Peter F. Schoenthaler, P.C.
The Schoenthaler Law Group
6400 Powers Ferry Road NW
Suite 230
Atlanta, GA 30339
404-592-5397
Email: pfs@schoenthalerlaw.com
Counsel for Defendant Studio 6 Delk Road, LLC

Timothy Blenner
Schoenthaler Law Group
Suite 1600E
3200 Windy Hill Rd., S.E.
Atlanta, GA 30339
404-855-3315
Email: tblenner@schoenthalerlaw.com
Counsel for Defendant Studio 6 Delk Road, LLC

Christopher Rosser
Peter F. Schoenthaler P.C
6400 Powers Ferry Road NW
Suite 230
Atlanta, GA 30339
770-823-4820
Fax: 855-283-8983
Email: crosser@schoenthalerlaw.com
Counsel for Defendant Studio 6 Delk Road, LLC

**_Jane Doe (T.M.) v. G6 Hospitality, LLC, et al; N.D. Georgia; C.A. No. 1:23-cv-02598_**
Kathryn S. Whitlock

McAngus, Goudelock & Courie, LLC
270 Peachtree Street NW
Suite 1800
Atlanta, GA 30303
678-500-7300
Fax: 678-669-3546
Email: kate.whitlock@mgclaw.com
Counsel for Defendant G6 Hospitality, LLC

Thomas Whiddon
McAngus Goudelock & Courie LLC
270 Peachtree St NW
Suite 1800
Atlanta, GA 30303
678-510-1535
Email: Thomas.Whiddon@mgclaw.com
Counsel for Defendant G6 Hospitality, LLC

Kathryn S. Whitlock
McAngus, Goudelock & Courie, LLC
270 Peachtree Street NW
Suite 1800
Atlanta, GA 30303
678-500-7300
Fax: 678-669-3546
Email: kate.whitlock@mgclaw.com
Counsel for G6 Hospitality Franchising, LLC
Thomas Whiddon
McAngus Goudelock & Courie LLC
270 Peachtree St NW, Suite 1800
Atlanta, GA 30303
678-510-1535
Email: Thomas.Whiddon@mgclaw.com
Counsel for G6 Hospitality Franchising, LLC

Kathryn S. Whitlock
McAngus, Goudelock & Courie, LLC
270 Peachtree Street NW
Suite 1800
Atlanta, GA 30303
678-500-7300
Fax: 678-669-3546
Email: kate.whitlock@mgclaw.com

Counsel for  G6 Hospitality IP, LLC

Thomas Whiddon
McAngus Goudelock & Courie LLC
270 Peachtree St NW
Suite 1800
Atlanta, GA 30303
678-510-1535
Email: Thomas.Whiddon@mgclaw.com
Counsel for  G6 Hospitality IP, LLC

Kathryn S. Whitlock
McAngus, Goudelock & Courie, LLC
270 Peachtree Street NW
Suite 1800
Atlanta, GA 30303
678-500-7300
Fax: 678-669-3546
Email: kate.whitlock@mgclaw.com
Counsel for G6 Hospitality Property, LLC

Thomas Whiddon
McAngus Goudelock & Courie LLC
270 Peachtree St NW
Suite 1800
Atlanta, GA 30303
678-510-1535
Email: Thomas.Whiddon@mgclaw.com
Counsel for G6 Hospitality Property, LLC

Kathryn S. Whitlock
McAngus, Goudelock & Courie, LLC
270 Peachtree Street NW
Suite 1800
Atlanta, GA 30303
678-500-7300
Fax: 678-669-3546
Email: kate.whitlock@mgclaw.com
Counsel for G6 Hospitality Purchasing, LLC

Thomas Whiddon
McAngus Goudelock & Courie LLC
270 Peachtree St NW

Suite 1800
Atlanta, GA 30303
678-510-1535
Email: Thomas.Whiddon@mgclaw.com
Counsel for G6 Hospitality Purchasing, LLC

Thomas Whiddon
McAngus Goudelock & Courie LLC
270 Peachtree St NW
Suite 1800
Atlanta, GA 30303
678-510-1535
Email: Thomas.Whiddon@mgclaw.com
Counsel for Motel 6 Operating, LP

Barbara Anne Marschalk
Drew Eckl & Farnham, LLP - ATL
Suite 3500
303 Peachtree Street NE
Atlanta, GA 30308
404-885-1400
Fax: 404-876-0992
Email: marschalkb@deflaw.com
Counsel for Unity Plus, LLC

Lisa R. Richardson
Drew, Eckl & Farnham, - ATL
Suite 3500
303 Peachtree Street
Atlanta, GA 30308
404-885-6220
Fax: 404-876-0992
Email: richardsonl@deflaw.com
Counsel for Unity Plus, LLC

### Jane Doe (K.B.) N. D. Georgia (Atlanta) C.A. No. 1:23-cv-02597

Naana Abenaa Nyarko Frimpong
DLA Piper LLP (US)-ATL
Suite 2800
1201 West Peachtree Street
Atlanta, GA 30309-3450
404-572-3593
Email: naana.frimpong@us.dlapiper.com

Counsel for Defendant, G6 Hospitality, LLC

Sean Francis William Keenan
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet
275 Scientific Dr.
Ste 2000
Peachtree Corners, GA 30092
404-881-2622
Fax: 404-881-2630
Email: skeenan@cmlawfirm.com
Counsel for Defendant, G6 Hospitality, LLC

Naana Abenaa Nyarko Frimpong
DLA Piper LLP (US)-ATL
Suite 2800
1201 West Peachtree Street
Atlanta, GA 30309-3450
404-572-3593
Email: naana.frimpong@us.dlapiper.com
Counsel for Defendant G6 Hospitality Franchising, LLC

Sean Francis William Keenan
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet
275 Scientific Dr.
Ste 2000
Peachtree Corners, GA 30092
404-881-2622
Fax: 404-881-2630
Email: skeenan@cmlawfirm.com
Counsel for Defendant G6 Hospitality Franchising, LLC

Naana Abenaa Nyarko Frimpong
DLA Piper LLP (US)-ATL
Suite 2800
1201 West Peachtree Street
Atlanta, GA 30309-3450
404-572-3593
Email: naana.frimpong@us.dlapiper.com
Counsel for Defendant, G6 Hospitality IP, LLC

Sean Francis William Keenan
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet
275 Scientific Dr.

Ste 2000
Peachtree Corners, GA 30092
404-881-2622
Fax: 404-881-2630
Email: skeenan@cmlawfirm.com
Counsel for Defendant, G6 Hospitality IP, LLC

Naana Abenaa Nyarko Frimpong
DLA Piper LLP (US)-ATL
Suite 2800
1201 West Peachtree Street
Atlanta, GA 30309-3450
404-572-3593
Email: naana.frimpong@us.dlapiper.com
Counsel for Defendant G6 Hospitality Property LLC

Sean Francis William Keenan
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet
275 Scientific Dr.
Ste 2000
Peachtree Corners, GA 30092
404-881-2622
Fax: 404-881-2630
Email: skeenan@cmlawfirm.com
Counsel for Defendant G6 Hospitality Property LLC

Naana Abenaa Nyarko Frimpong
DLA Piper LLP (US)-ATL
Suite 2800
1201 West Peachtree Street
Atlanta, GA 30309-3450
404-572-3593
Email: naana.frimpong@us.dlapiper.com
Counsel for Defendant, G6 Hospitality Purchasing, LLC

Sean Francis William Keenan
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet
275 Scientific Dr.
Ste 2000
Peachtree Corners, GA 30092
404-881-2622
Fax: 404-881-2630
Email: skeenan@cmlawfirm.com

Counsel for Defendant, G6 Hospitality Purchasing, LLC

Naana Abenaa Nyarko Frimpong
DLA Piper LLP (US)-ATL
Suite 2800
1201 West Peachtree Street
Atlanta, GA 30309-3450
404-572-3593
Email: naana.frimpong@us.dlapiper.com
Counsel for Defendant, Motel 6 Operating, LP.
Sean Francis William Keenan
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet
275 Scientific Dr.
Ste 2000
Peachtree Corners, GA 30092
404-881-2622
Fax: 404-881-2630
Email: skeenan@cmlawfirm.com
Counsel for Defendant, Motel 6 Operating, LP.

C. Shane Keith
Hawkins Parnell & Young, LLP-GA
Suite 4000
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404-614-7400
Fax: 404-614-7500
Email: skeith@hpylaw.com
Counsel for Hare Krishna Savannah Hotel, LLC

Elliott Crawford Ream
Hawkins Parnell & Young, LLP-GA
Suite 4000
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404-614-7424
Fax: .
Email: eream@hpylaw.com
Counsel for Hare Krishna Savannah Hotel, LLC

**Jane Doe (C.M.S.) v. Wyndham Hotel and Resorts, Inc., et al S. D. of CA 3:24-cv-00217**
Wyndham Hotel and Resorts, Inc.
Corporate Creations Network, Inc. - Registered Agent for service

1521 Concord Pike, Suite 201
Wilmington, DE 19803

Wyndham Hotel Group LLC
Corporate Creations Network, Inc. - Registered Agent for service
1521 Concord Pike, Suite 201
Wilmington, DE 19803

Ramada Worldwide Inc.
Corporate Creations Network Inc. - Registered Agent for service
3260 N. Hayden Road #210
Scottsdale, AZ 85251

Sant Kabir, LLC
Devang Patel - Registered Agent for service
12800 Center Court Dr., Suite 525
Cerritos, CA 90703

Golden Bridge International Investment Inc.
Yihong Shan – registered agent for service
796 Captiva Circle
Corona, CA 92882

Super 8 Worldwide, Inc. served on it's principal place of business
22 Sylvan Way
Parsippany, New Jersey 07054

ARS Hospitality LLC
Savitaben R. Patel - Registered Agent for service
44 Moulton St.
San Francisco, CA 94123

Vista International Inc.
Marshall Brubacher - Registered Agent for service
650 E. Hospitality Ln., Ste 470

Apple Nine SPE San Jose Inc.
Corporation Service Company, CSC Lawyers Incorporating Service
2710 Gateway Oaks Dr.
Sacramento, CA 95833

Hilton Domestic Operating Company Inc.
7930 Jones Branch Drive, Suite 1100

McLean, Virginia 22102

Apple Eight Hospitality Ownership, Inc.
Corporation Service Company, CSC Lawyers Incorporating Service
2710 Gateway Oaks Dr.
Sacramento, CA 95833

**Dated this 5th day of February 2024**

        *Respectfully submitted,*

        **/s/ Bryan O. Blevins, Jr.**
        Bryan O. Blevins, Jr.
        Provost✳Umphrey Law Firm, L.L.P.
        350 Pine Street, Suite 1100
        Beaumont, Texas 77701
        Telelphone:  409-838-885
        Facsimile: 409 813-8610
        bblevins@pulf.com